**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**In re: Interior Finishes by Sydnor, LLC**
a/k/a **Tawanda Sydnor,** Debtor
Bankruptcy Case No.: 25-15005
Chapter 7/13



**STEPHANIE BOOKER,**
Plaintiff / Creditor,
v.
**INTERIOR FINISHES BY SYDNOR, LLC**
and **TAWANDA SYDNOR,**
Defendants / Debtors.

**ADVERSARY COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT**

**(11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(6))**

Plaintiff, **Stephanie Booker,** brings this Complaint seeking a determination that the debt owed to her is **non-dischargeable** pursuant to 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(6), and alleges as follows:

## I. JURISDICTION AND VENUE

1. This is an adversary proceeding arising under 28 U.S.C. §§ 157 and 1334 and Rule 7001 of the Federal Rules of Bankruptcy Procedure.

2. Jurisdiction is proper pursuant to 28 U.S.C. §§ 157(b)(2)(I) and (J).

3. Venue is proper pursuant to 28 U.S.C. § 1409(a).

4. This is a core proceeding under 28 U.S.C. § 157(b)(2)(I).

## II. PARTIES

5. Plaintiff, **Stephanie Booker,** is a creditor of the Debtor with an active civil lawsuit in the Philadelphia Court of Common Pleas, Docket No. 250502594.

6. Defendant, **Interior Finishes by Sydnor, LLC**, and its principal **Tawanda Sydnor**, are the Debtors in the above-referenced bankruptcy case and are subject to this adversary proceeding.

## III. FACTUAL BACKGROUND

7. Plaintiff contracted with Interior Finishes by Sydnor, LLC for construction and renovation services associated with first-time homebuyer development projects and nonprofit housing initiatives.

8. Plaintiff relied on Debtor's representations of competency, licensing, experience, and good-faith performance.

9. Those representations were **false**, **misleading**, and made with the intent to induce Plaintiff to enter into contracts and release funds.

10. Plaintiff prepaid funds and delivered materials based on Debtor's assurances, which Debtor accepted without intent to perform.

11. Debtor abandoned the project, failed to complete required work, and refused to return funds or materials.

12. Debtor also deceived first-time homebuyers affiliated with PHA and Jumpstart Germantown, demonstrating a pattern of fraudulent conduct.

13. Plaintiff filed a civil lawsuit for theft, fraud, and deceptive business practices after repeated attempts to resolve the issue.

14. Debtor intentionally avoided service, requiring a court order permitting alternative service via email and text.

15. The state civil action was progressing toward adjudication when Debtor filed for bankruptcy, which imposed the automatic stay.

16. Plaintiff brings this adversary complaint because the debt arises from **intentional misconduct**, not an honest dispute.

17. As described below, the debt is **non-dischargeable** by law.

## IV. CLAIM I

## NON-DISCHARGEABILITY UNDER 11 U.S.C. § 523(a)(2)(A) – FRAUD

18. Plaintiff incorporates paragraphs 1–17 as though set forth fully herein.

19. Debtor obtained money through **false pretenses, false representations, and actual fraud**.

20. Debtor knowingly misrepresented her qualifications, intentions, and ability to perform contracted work.

21. Plaintiff justifiably relied on these misrepresentations.

22. Plaintiff suffered financial loss as a direct and proximate result of Debtor's fraudulent conduct.

23. The debt is therefore **non-dischargeable** under § 523(a)(2)(A).

## V. CLAIM II

## NON-DISCHARGEABILITY UNDER 11 U.S.C. § 523(a)(4) – EMBEZZLEMENT / LARCENY

24. Plaintiff incorporates the preceding paragraphs.

25. Debtor wrongfully appropriated project funds, deposits, and materials for her own use.

26. Debtor exercised control over Plaintiff's property with fraudulent intent and without authorization.

27. Such acts constitute embezzlement or larceny under § 523(a)(4).

28. The debt arising from these acts is **non-dischargeable**.

## VI. CLAIM III

## NON-DISCHARGEABILITY UNDER 11 U.S.C. § 523(a)(6) – WILLFUL AND MALICIOUS INJURY

29. Plaintiff incorporates the preceding paragraphs.

30. Debtor's conduct—including intentional abandonment of work, refusal to return funds, deliberate deception, and actions causing property damage—was **willful and malicious**.

31. Plaintiff was foreseeably and intentionally harmed by Debtor's actions.

32. The resulting debt is therefore **non-dischargeable** under § 523(a)(6).

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff **Stephanie Booker** respectfully requests that this Court enter judgment:

A. Determining that the debt owed by Defendant to Plaintiff is **NON-DISCHARGEABLE** under 11 U.S.C. § 523(a)(2), (a)(4), and (a)(6);

B. Authorizing Plaintiff to proceed in state court to liquidate damages;

C. Awarding costs and fees as allowed by law; and

D. Granting such other and further relief as the Court deems proper.

**Respectfully submitted,**

**Stephanie Booker**
Plaintiff / Creditor
215-275-1747

SCHEDULING ORDER - Page 2

BOOKER VS INTERIOR FINISHES BY SYDNOR LLC ETAL
250502594  Dec 9th 9:30am

Failure to timely file a Case Management Memorandum may result in
monetary sanctions. To electronically file the Case Management
Memorandum, access the "Existing Case" section of the court's
electronic filing system. Select "Conference Submissions" as the
filing category. Select "Management Memorandum" as the filing
type. Any party not registered with the electronic filing system
("EFS") may submit the memorandum via e-mail or USPS first class
mail:
CivilCaseManagement@courts.phila.gov
Civil Case Management Conference Center
613 City Hall
Philadelphia PA 19107

To access the Case Management Memorandum form, click the
following link:
http://www.courts.phila.gov/pdf/forms/civil/CMC-105.pdf

6.  This conference will be conducted by a Civil Case Manager who
shall act on behalf of the Honorable JOSHUA ROBERTS.

7.  Counsel must be prepared to address all relevant issues
concerning venue, service of process, pleadings, discovery,
possible joinder of additional parties, theories of liability or
defenses, and damages claimed.

8.  At the conclusion of the conference a Case Management Order
shall be entered which shall govern the case.

9.  If the case settles prior to the conference, electronically
file a settlement letter. To file the letter electronically,
access the "Existing Case" section of the court's electronic
filing system. Select "Conference Submissions" as the filing
category. Select "Settlement Letter" as the document type.

10.  Please direct any questions concerning this Order and its
contents to CivilCaseManagement@courts.phila.gov or to
215-686-5135 or 215-686-3710.

11.  If you need an interpreter, please contact the Case
Management Center at 215-686-5135 or 215-686-3710 no later than
five (5) days prior to your scheduled conference.

                              OFFICE OF THE DEPUTY
                              COURT ADMINISTRATOR

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL


STEPHANIE BOOKER
215 SOUTH MELVILLE STREET
PHILADELPHIA, PA 19139


BOOKER VS INTERIOR FINISHES BY SYDNOR LLC ETAL
250502594

SCHEDULING ORDER

AND NOW, ~~OCTOBER 30, 2025~~ Dec 9, 2025 @ 9:30am, it is hereby Ordered that:

1. A Case Management Conference is scheduled for December 09, 2025, at 09:30 A.M., using Zoom video conferencing.

2. Counsel and/or self-represented parties shall access the Case Management Conference through Zoom link posted on the following website under "Common Pleas-Civil Remote Hearing Information:"
https://www.courts.phila.gov/remote-hearings/

Scroll down within the section "Remote Hearing Information by Court Event Type" under "General Program Hearings" to "Case Management Conference." The Zoom link may be updated periodically, so use the Zoom link that is present on the date of the Conference.

For any issues connecting to the zoom conference, please contact Samuel Esposito at 215-686-7517.

3. Counsel for Plaintiff is directed to serve a copy of this Order on any unrepresented party and any attorney entering an appearance subsequent to the issuance of this Order.

4. Failure to file a Complaint or effectuate service of process prior to the conference date may result in the issuance of a Rule to Show Cause.

5. No later than five (5) days prior to the Case Management Conference date, all parties are required to electronically file with the Court and serve upon all opposing counsel and/or opposing parties not electronically served by the court a fully completed Case Management Memorandum.

Court of Common Pleas of Philadelphia
County Trial Division

## Civil Cover Sheet

**PLAINTIFF'S NAME**
Stephanie Booker

**PLAINTIFF'S ADDRESS**
215 South Melville St.
Philadelphia, PA 19139

**PLAINTIFF'S NAME**

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S NAME**
Interior Finishes by Sydnor, L

**DEFENDANT'S ADDRESS**
1650 Market St. Suite 3600
Philadelphia, PA 19103

**DEFENDANT'S NAME**
Lawanda Sydnor

**DEFENDANT'S ADDRESS**
1650 Market St. Suite 3600
Phila, PA 19103

**DEFENDANT'S NAME**
Interior Finishes by Sydnor LLC

**DEFENDANT'S ADDRESS**
1935 Sigel St. Phila, PA 19145

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
| 1 | 2 | ☑ Complaint ☐ Petition Action ☐ Notice of Appeal ☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
☐ $50,000.00 or less
☑ More than $50,000.00

**COURT PROGRAMS**
☐ Arbitration
☐ Jury
☑ Non-Jury
☐ Other:
☐ Mass Tort
☐ Savings Action
☐ Petition
☐ Minor Court Appeal
☐ Statutory Appeals
☐ Commerce (Completion of Addendum Required)
☑ Settlement
☐ Minors
☐ W/D/Survival

**CASE TYPE AND CODE (SEE INSTRUCTIONS)**
IT-Construction

**STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)**
Construction Complaint

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**
CMPLC-Booker Vs Interior Finishes By Sydnor Llc Etal [NKB]

25050259400003

**IS CASE SUBJECT TO COORDINATION ORDER?**
Yes ☐    No ☐

**TO THE OFFICE OF JUDICIAL RECORDS:**
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant.
Papers may be served at the address set forth below.

**NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**
Stephanie Booker

**PHONE NUMBER**
215 275 1747

**FAX NUMBER**

**SUPREME COURT IDENTIFICATION NO.**

**ADDRESS (SEE INSTRUCTIONS)**
215 South Melville St.
Phila, PA 19139

**SIGNATURE**
Stephanie Booker

**E-MAIL ADDRESS**
booker_stephanie@yahoo.com

**DATE**
5-31-2025

01-101 (Rev. 8/2014)

Case ID: 250502594

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

Booker

vs

Interior Finishes by Sydnor, LLC
Tawanda Sydnor    NOTICE TO DEFEND

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197**

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197**

Case ID: 250502594

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

Booker

Plaintiff

v.

Interior Finishes by Sydnor, LLC

Defendant

May 2025

Term,

No.

---

CIVIL ACTION COMPLAINT

I hired Interior Finishes by Sydnor LLC to rehab ~~after~~
a property at 5306 Race St, Phila PA 19139. They
were supposed to replace everything in the home.
When I was in the hospital, Tawand Sydnor
came to my room to report the property was
coming along and was 75% complete.
The walls, plumbing, electric, Kitchen was complete
by students that was not license to do the
work. I paid her $105,840 for work
that had to be redone to pass inspection
This cost me four additional months of mortgage
and another $55,000 to repair her work
I'm Requesting $95,000 to be repaid in full

<u>VERIFICATION</u>

I, _Stephanie Booker_, Plantiff/Defendant, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A., Section 4904 relating to unsworn falsification to authorities.

_Stephanie Booker_
(Print Name)

_Stephanie Booker_
(Signature)

Date: _5-31-2025_

Case ID: 250502594

PO Box 16651
Philadelphia, PA 19139

October 1, 2023

Interior Finishes by Sydnor, LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103

RE:  POOR and FAULTY HOME RENOVATIONS 5306 Race Street, Phila., PA 19139

Dear Ms. Tawanda Sydnor:

I hope this communication reaches you in good health and spirit.  This letter is written to express my dissatisfaction of the work Interior Finishes by Sydnor performed or had performed at 5306 Race St., Phila., PA 19139 from March 27, 2023, until September 19, 2023.

We entered a construction contract on March 26, 2023, with the understanding that the job would be completed by June 1, 2023.  I had to terminate our contract on September 19, 2023, due to your lack of commitment to complete the project and hiring unqualified workers. Interior Finishes by Sydnor missed the deadlines of June 1, 2023, July 30, 2023, and again September 15, 2023.

To date, Interior Finished by Sydnor, LLC received the following payments for Labor and Materials:

| Date | Draw | Payment From | Amount Paid |
|------|------|--------------|-------------|
| 3/27/2023 | Initial Draw | Owner | $19,095 |
| 4/15/2023 | 1st Draw | Philly Realty | $25,745 |
| 6/16/2023 | 2nd Draw | Philly Realty | $20,000 |
| 7/14/2023 | Payment | Owner | $17,000 |
| 8/25/2023 | 3rd Draw | Philly Reality | $24,000 |
| **Totaling** | | | $105,840 |

The amount of $105,840 was not put into this project.  None of the supplies were medium quality.  The supplies were low quality and cheapest on the market.  Again, the work that was completed was BAD and you put me in an awkward situation by breaching the contract.  As a Jumpstart Inspector, you know the importance of the work being done by code and in a timely manner.  However, you disregarded the ethics code and chose to misappropriate our funds. I cannot see where you used $105,840 in this project. There was no work completed after you received the 3rd draw of funding.  Due to your breach of contract, I'm requesting $95,000.00 be **return to DSD Booker Properties, LLC by October 6, 2023**.  The funds requested will cover the cost of butchered materials, replacement materials, materials you were supposed to purchase from the 3rd draw, work that wasn't performed from the 3rd draw, and labor to correct the faulty work completed by Interior Finishes by Sydnor's.

Upon agreeing to partner on this project, you assumed the responsibility of completing the following scope of work:

## Interior Finished by Sydnor's SCOPE OF WORK
### Highlights represent work not completed, faulty work, or work corrected.

### Demo & Roof

- Contractor to demo existing roof and install new torch down 3 ply roof and a 10–15-year warranty (contractor must provide photos WITH time stamp or the client will not pay for this line item)
- Contractor to demo wall dividing kitchen from dining area
- Contractor to remove wall covering as needed
- Contractor to remove all existing cabinets, plumbing fixtures, electrical devices and wiring, HVAC appliances and ductwork
- Contractor to remove all flooring so that the subfloor is exposed throughout the entire property
- Contractor to remove all windows and doors throughout the property
- Contractor to remove existing stack pipe
- Contractor is responsible for hauling and moving all debris from Worksite
- Contractor to leave site broom swept clean

### Exterior

- Repair brick on front steps and front of property
- Repair concrete pavement
- Repair concrete in the rear of property
- Cap all windows and doors
- Install downspout for proper drainage

### Framing

- Frame interior walls around first floor bathroom
- Install windows and exterior doors

### HVAC

- Install new gas-powered HVAC system rough and finish all new ductwork and 1 AHU (air handling unit) and 1   condenser unit
- Install bathroom vents where needed (1st floor if needed)

### Plumbing

- Install new hot and cold-water lines
- Install new 40 gal. hot water tank
- Install new stacks and ventilation 8
- Install plumbing for 1 kitchen and 1.5 bathrooms
- Plumber to install rough and finish Plumbing (including exterior)
- Plumber to install washer and dryer hookup in basement
- Plumber to install dishwasher in kitchen
- Plumber to install garbage disposal

**Customer Receipt**
8/26/2023, 2:55 PM EDT

Store # 4114

Sales Person ALK0950

Appliance Hotline (800) 455-3869

Location 5342 W BALTIMORE PIKE, PRIMOS-SECANE, PA 19018

## Customer Information

**STEPHANIE BOOKER**

(215) 275-1747

BOOKER_STEPHANIE@YAHOO.COM

AHARI A HOME IS A RIGHT INC
215 S. MELVILLE STREET
PHILADELPHIA, PA 19139

Order # H4114-319748

Receipt # 4114 00097 08637

PO / Job Name 5306

📦 **Delivery**

📍 Delivery Address
5306 Race St
Philadelphia , PA 19139

📦 Delivery Options
Home Delivery

📅 Delivery Date
Friday, September
1

| | Item Description | Model # | SKU # | Unit Price | Qty | Subtotal |
|---|---|---|---|---|---|---|
| 01 | Generic 33 in. 22.3 cu. ft. Side by Side Refrigerator in Stainless Steel, Standard Depth | FRSS2323AS | 1007903771 | ~~$1,490.00 / each~~ $699.65 / each | 1 | $699.65 |
| | ◈ COUPON $150.43 OFF EACH ◈ COUPON $147.92 OFF EACH ◈ SPECIAL BUY $501.00 OFF EACH | | | | | |
| | 3 YR PROTECTION PLAN $700-$999.99 | | | | | |
| 02 | Frigidaire 30 in. 5 Burner Freestanding Gas Range in Stainless Steel | FCRG3052AS | 1005665043 | $120.00 / each | 1 | $120.00 |
| | ◈ COUPON $90.14 OFF EACH ◈ COUPON $88.64 OFF EACH ◈ SPECIAL BUY $381.00 OFF EACH | | 1004596170 | ~~$970.00 / each~~ $419.22 / each | 1 | $419.22 |
| | 3 YR PROTECTION PLAN $550-$699.99 | | | | | |
| | M937-NAT GAS COOKING PARTS KIT | | 1005665041 | $100.00 / each | 1 | $100.00 |
| 03 | Frigidaire 24 in Top Control Built in Tall Tub Dishwasher with Plastic Tub in Stainless Steel with 4-cycles | FDPH4316AS | 205893 | $39.98 / each | 1 | $39.98 |
| | ◈ COUPON $64.51 OFF EACH ◈ COUPON $63.44 OFF EACH ◈ SPECIAL BUY $201.00 OFF EACH | | 1010028735 | ~~$620.00 / each~~ $300.05 / each | 1 | $300.05 |
| | M936-DISHWASHER 110V CORD | | | | | |
| | M939-DISHWASHER PARTS KIT & ADAPTER | | 206436 | $12.98 / each | 1 | $12.98 |
| 04 | Frigidaire 1.8 Cu. Ft. Over-The-Range Microwave in Stainless Steel | FMOS1846BS | 205954 | $26.98 / each | 1 | $26.98 |
| | ◈ COUPON $44.92 OFF EACH ◈ SPECIAL BUY $81.00 OFF EACH | | 1009224724 | ~~$379.00 / each~~ $253.08 / each | 1 | $253.08 |
| | 3 YR PROTECTION PLAN $0-$299.99 | | | | | |
| | | | 1005665037 | $50.00 / each | 1 | $50.00 |
| 05 | Home Delivery | | 1004196234 | $0.00 / each | 1 | $0.00 |

## Customer Receipt
8/26/2023, 2:55 PM EDT

Sales Person ALK0950

Appliance Hotline (800) 455-3869

Store # 4114                    Location 5342 W BALTIMORE PIKE, PRIMOS-SECANE, PA 19018

Track your Appliance Home Delivery

Text "TRACK" to 97710 for instructions

*Msg & data rates may apply.

**RETURN POLICY ON MAJOR APPLIANCES.** Before a customer either accepts delivery or takes an order home from the store, major appliance products (including refrigerators, washers, dryers, ranges, dishwashers, and some microwaves) should be inspected for defects or damage. If any exists, the customer should notify the driver about damages to learn about their options. If the customer does not wish to pursue additional options on the damaged item, they should refuse the delivery. Once delivery is accepted or a product is removed from the store by a customer, the product may be returned if the defects and/or damage are identified and reported to The Home Depot by calling (800) 455-3869 within 48 hours of delivery or the time of pick-up at the Service Desk.

**Pro Xtra 2023**
**Member Statement** (as of 08/25)

Pro Xtra Spend
$2,021.94

Pro Xtra Savings
$650.00

Visit ProXtra: https://www.homedepot.com/c/Pro_Xtra

**Payment Method**

The Home Depot 2007

Charged $2,021.94

| | |
|---|---|
| **Subtotal** | $2,671.94 |
| **Discounts** | -$650.00 |
| **Sales Tax** | $0.00 |
| **Order Total** | $2,021.94 |
| **Balance Due** | $0.00 |

Take a short survey for a chance TO WIN A $5,000 Home Depot Gift Card. Entries must be completed within 14 days of purchase. Entrants must be 18 or older to enter. No Purchase necessary. See complete rules on www.homedepot.com/survey

User ID: GVMG 21677 17660

Password: 23426 17563



You're shopping
**Upper Darby**
O OPEN until 10 pm

Delivering to
19139

# Order #WJ42413684

Placed on: Oct 18, 2023

# Billing Information

**Stephanie Booker**
215 S. Melville Street
PHILADELPHIA PA 19139

Payment Method: HDCON ***2007

| Item | Price/Item | Qty | Line Total |
|---|---|---|---|
| **Delivery (5 items)** 5306 Race Street , PHILADELPHIA, PA 19139 | | | |
| **Home Decorators Collection** 21 in. W x 26 in. H Rectangular Medicine Cabinet with Mirror  Expect it on Oct 19 | $99.00 | 1 | $99.00 |
| **Progress Lighting** Solvang 24 in. 3-Light Antique Bronze Traditional Bathroom Vanity Light with Alabaster Glass  Expect it on Oct 19 | $79.97 | 2 | $159.94 |
| **Dynasty Hardware** European Style 3 in. (76 mm) Center-to-Center Satin Nickel Bar Cabinet Pull (25-Pack)  Expect it on Oct 19 | $35.29 | 2 | $70.58 |
| **KOHLER** Sous Pro-Style Single-Handle Pull-Down Sprayer Kitchen Faucet in Vibrant Stainless  Expect it on Oct 19 | $279.00 | 1 | $279.00 |

| | | | |
|---|---|---|---|
| Glacier Bay Zero Radius Undermount 18G Stainless Steel 27 in. Single Bowl Workstation Kitchen Sink with Accessories | $197.20 ~~$290.00~~ Saved 32% | 1 | $197.20 |
| Expect it on Oct 19 | | | |

**Delivery (2 items)**
5306 Race Street , PHILADELPHIA, PA 19139

| | | | |
|---|---|---|---|
| Feit Electric 3 in. Battery Operated LED White Motion Sensor Rechargeable Bright White 3000K Under Cabinet Puck Light (12-Pack) | $119.64 | 1 | $119.64 |
| Expect it on Oct 24 - Oct 26 | | | |
| Rubi 3/16 in. Tile Wedges (500 pack) | $9.10 | 2 | $18.20 |
| Expect it on Oct 24 - Oct 26 | | | |

**Delivery (1 item)**
5306 Race Street , PHILADELPHIA, PA 19139

| | | | |
|---|---|---|---|
| Delta Porter 3-Piece Bath Hardware Set with Towel Ring Toilet Paper Holder and 24 in. Towel Bar in Oil Rubbed Bronze | $59.98 ~~$69.98~~ Saved 14% | 2 | $119.96 |
| Expect it on Oct 20 | | | |

**Delivery (1 item)**
5306 Race Street , PHILADELPHIA, PA 19139

| | | | |
|---|---|---|---|
| Custom Building Products SimpleGrout #60 Charcoal 1 gal. Pre-Mixed Grout | $35.57 | 1 | $35.57 |
| Expect it on Oct 25 | | | |

**Scheduled Delivery (1 item)**
5306 Race Street , PHILADELPHIA, PA 19139

| | | | |
|---|---|---|---|
| Glacier Bay Everdean 25 in. W x 19 in. D x 34 in. H Single Sink Freestanding Bath Vanity in White with White Cultured Marble Top | $299.00 | 1 | $299.00 |
| Expect it on Oct 19, 2023 6am - 8pm | | | |

| | |
|---|---|
| Subtotal | $1,398.09 |
| Delivery | $79.00 |
| Sales Tax | $0.00 |
| **Total** | **$1,477.09** |
| You Saved | $112.80 |



You're shopping
**Upper Darby**
O OPEN until 10 pm

Delivering to
19139

# Order #WJ42413684

Placed on: Oct 18, 2023

# Billing Information

**Stephanie Booker**
215 S. Melville Street
PHILADELPHIA PA 19139

Payment Method: HDCON ***2007

| Item | Price/Item | Qty | Line Total |
|------|-----------|-----|-----------|
| **Delivery (5 items)**<br>5306 Race Street , PHILADELPHIA, PA 19139 | | | |
| **Home Decorators Collection** 21 in. W x 26 in. H Rectangular Medicine Cabinet with Mirror<br>Expect it on Oct 19 | $99.00 | 1 | $99.00 |
| **Progress Lighting** Solvang 24 in. 3-Light Antique Bronze Traditional Bathroom Vanity Light with Alabaster Glass<br>Expect it on Oct 19 | $79.97 | 2 | $159.94 |
| **Dynasty Hardware** European Style 3 in. (76 mm) Center-to-Center Satin Nickel Bar Cabinet Pull (25-Pack)<br>Expect it on Oct 19 | $35.29 | 2 | $70.58 |
| **KOHLER** Sous Pro-Style Single-Handle Pull-Down Sprayer Kitchen Faucet in Vibrant Stainless<br>Expect it on Oct 19 | $279.00 | 1 | $279.00 |

| | | | |
|---|---|---|---|
| **Glacier Bay** Zero Radius Undermount 18G Stainless Steel 27 in. Single Bowl Workstation Kitchen Sink with Accessories | $197.20 ~~$290.00~~ Saved 32% | 1 | $197.20 |
| **Expect it on Oct 19** | | | |

### Delivery (2 items)
5306 Race Street , PHILADELPHIA, PA 19139

| | | | |
|---|---|---|---|
| **Feit Electric** 3 in. Battery Operated LED White Motion Sensor Rechargeable Bright White 3000K Under Cabinet Puck Light (12-Pack) | $119.64 | 1 | $119.64 |
| **Expect it on Oct 24 - Oct 26** | | | |
| **Rubi** 3/16 in. Tile Wedges (500 pack) | $9.10 | 2 | $18.20 |
| **Expect it on Oct 24 - Oct 26** | | | |

### Delivery (1 item)
5306 Race Street , PHILADELPHIA, PA 19139

| | | | |
|---|---|---|---|
| **Delta Porter** 3-Piece Bath Hardware Set with Towel Ring Toilet Paper Holder and 24 in. Towel Bar in Oil Rubbed Bronze | $59.98 ~~$69.98~~ Saved 14% | 2 | $119.96 |
| **Expect it on Oct 20** | | | |

### Delivery (1 item)
5306 Race Street , PHILADELPHIA, PA 19139

| | | | |
|---|---|---|---|
| **Custom Building Products** SimpleGrout #60 Charcoal 1 gal. Pre-Mixed Grout | $35.57 | 1 | $35.57 |
| **Expect it on Oct 25** | | | |

### Scheduled Delivery (1 item)
5306 Race Street , PHILADELPHIA, PA 19139

| | | | |
|---|---|---|---|
| **Glacier Bay** Everdean 25 in. W x 19 in. D x 34 in. H Single Sink Freestanding Bath Vanity in White with White Cultured Marble Top | $299.00 | 1 | $299.00 |
| **Expect it on Oct 19, 2023** 6am - 8pm | | | |

| | |
|---|---|
| **Subtotal** | **$1,398.09** |
| Delivery | $79.00 |
| Sales Tax | $0.00 |
| **Total** | **$1,477.09** |
| You Saved | $112.80 |

STOCK UP FOR LABOR DAY & BEYOND Everything You Need for Fall. Shop Now.   〉

Home / Appliances / Refrigerators / Side by Side Refrigerators

Internet #320928142  Model #FRSS2323AS  Store SKU #1008144430  Store SO SKU #1007903771

You're shopping
Upper Darby ⌄
○ OPEN until 10 pm

Delivering to
19

Search    👤   ♡  🔍  Cart | 0 items

Refrigerator in Stainless Steel,
Standard Depth

☆☆☆☆☆ (2978) ⌄ Questions & Answers (151)

STOCK UP FOR LABOR DAY & BEYOND Everything You Need for Fall. Shop Now. ›

You're shopping
Upper Darby ⌄
○ OPEN until 10 pm

Delivering to
19           Search        👤    ♡   🔍   Cart | 0 items 🛒

Internet #315373541   Model #FCRG3052AS   Store SKU #1004856726   Store GU SKU #1004896176

Frigidaire                                        ♡ 3.5k

# 30 in. 5 Burner Freestanding Gas Range in Stainless Steel

☆☆☆☆½ (1924) ⌄  Questions & Answers (160)



FCRG3052AS

STOCK UP FOR LABOR DAY & BEYOND Everything You Need for Fall. Shop Now... >

Home / Appliances / Dishwashers / Built-In Dishwashers

Internet #323796084   Model #FDPH4316AS   Store SKU #1010092642   Store SO SKU #1010028735

You're shopping
Upper Darby ⌄
○ OPEN until 10 pm

Delivering to
19

Search   👤   ♡   🔍 Cart | 0 items

Live Chat

Feedback

Dishwasher with Plastic Tub in Stainless Steel with 4-cycles

Questions & Answers (1)





Buy more. save more

STOCK UP FOR LABOR DAY & BEYOND Everything You Need for Fall. Shop Now.. >

Home / Appliances / Microwaves / Over-the-Range Microwaves

Internet #322177903   Model #FMOS1846BS   Store SKU #1008334976   Store SO SKU #1009224724

Frigidaire

# 1.8 Cu. Ft. Over-The-Range
# Microwave in Stainless Steel

You're shopping
Upper Darby ⌄
○ OPEN until 10 pm

Delivering to
19

Search          👤      ♡  🔍 Cart | 0 items

Live Chat

Feedback

# Account Statement

The Home Depot
Consumer Credit Card

Customer Service:
homedepot.com/mycard

Account Inquiries:
1-800-677-0232 (TTY: 711)

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO Box 790328, St. Louis, MO 63179

**Account Number: 6035 3209 7029 2007**

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $5,310.78 |
| Payments | -$310.78 |
| Other Credits | -$1,198.10 |
| Purchases | +$8,110.63 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $11,912.53 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $15,000.00 |
| Available Credit | $3,087.00 |
| Amount Over Credit Limit | $0.00 |
| Statement Closing Date | 10/27/2023 |
| Next Statement Closing Date | 11/27/2023 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $11,912.53 |
| Minimum Payment Due | $119.34 |
| Payment Due Date | November 24, 2023 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 26 years | $39,894 |
| $490 | 3 years | $17,654 (Savings=$22,240) |

If you would like information about credit counseling services, call 1-877-337-8187 (TTY: 711).

Your Minimum Payment Due is $119.34. If you paid your non-promotional (revolving) balances and any expiring promotional balances in full on your last statement, you can avoid interest charges on any new non-promotional (revolving) balances and any expiring promotional balances if you pay $279.56 by 11/24/23. Otherwise, interest will accrue from your statement closing date until we receive your payment. The "How to Avoid Paying Interest on Purchases" section on page 2 has more information.

You must pay your promotional balance of $478.42 in full by 03/24/24 to avoid paying deferred interest charges.

You must pay your promotional balance of $1,166.14 in full by 04/24/24 to avoid paying deferred interest charges.

You must pay your promotional balance of $1,804.70 in full by 04/24/24 to avoid paying deferred interest charges.

You must pay your promotional balance of $418.00 in full by 04/24/24 to avoid paying deferred interest charges.

You must pay your promotional balance of $441.43 in full by 04/24/24 to avoid paying deferred interest charges.

You must pay your promotional balance of $1,175.70 in full by 04/24/24 to avoid paying deferred interest charges.

You must pay your promotional balance of $2,436.77 in full by 04/24/24 to avoid paying deferred interest charges.



## GEAR UP FOR FALL

Fall styles now available on THD.com.
Receive 10% off your order with promo code FALL2023.
Valid through 12/1/2023 only. One time use per customer. Not combinable with other offers. Other exclusions may apply.



PLEASE SEE IMPORTANT INFORMATION ON PAGE 2.

This Account is Issued by Citibank, N.A.

## TRANSACTIONS (cont.)

| Trans Date | Description | | Amount |
|---|---|---|---|
| 10/18 | THE HOME DEPOT PHILADELPHIA  PA | | |
| | KITCHEN AND BATH FEES | | |
| | PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024.  Monthly payments required. | | |
| | KITCHEN AND BATH FEES | | $ 299.00 |
| 10/19 | HOME DEPOT.COM      800-430-3376 | TRANSACTION TOTAL | $ 79.00 |
| | ELECTRICAL AND LIGHTING | | $ 378.00 |
| | PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024.  Monthly payments required. | | $ 159.94 |
| 10/20 | HOME DEPOT.COM      800-430-3376 | | |
| | HARDWARE | | $ 53.77 |
| 10/20 | HOME DEPOT.COM      800-430-3376 | | |
| | HARDWARE | | $ 16.81 |
| 10/20 | HOME DEPOT.COM      800-430-3376 | | |
| | FLOORING | | $ 35.57 |
| | PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024.  Monthly payments required. | | |
| 10/20 | HOME DEPOT.COM      800-430-3376 | | |
| | ELECTRICAL AND LIGHTING | | $ 119.64 |
| 10/20 | HOME DEPOT.COM      800-430-3376 | | |
| | FLOORING | | $ 18.20 |
| | PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024.  Monthly payments required. | | |
| **TOTAL CARD ENDING 2007** | | | $ 6,912.53 |
| 10/12 | PAYMENT - THANK YOU | | |

**FEES**

| | TOTAL FEES FOR THIS PERIOD | $ 310.78- |
|---|---|---|

**INTEREST CHARGED**

| | TOTAL INTEREST FOR THIS PERIOD | $ 0.00 |
|---|---|---|
| | | $ 0.00 |

| **2023 Totals Year-to-Date** | |
|---|---|
| Total Fees Charged in 2023 | $0.00 |
| Total Interest Charged in 2023 | $0.00 |

## ACTIVITY AND PROMOTIONS DETAIL

| | Original Promotion Trans Amount | Promotion Trans Date | Previous Balance | Payments & Other Credits | Purchases, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | |
| Revolving Balance | - | - | - | $65.36- | $334.58 | - | $269.22 | - | - | - |
| NO INT FOR 6MOS-PMT REQ | $2,021.94 | 08/26/23 | $1,921.94 | $1,443.52- | - | - | $478.42 | - | $66.93 | 03/24/24 |
| NO INT FOR 6MOS-PMT REQ | $1,166.14 | 09/26/23 | $1,166.14 | - | - | - | $1,166.14 | - | $26.86 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | $1,804.70 | 09/26/23 | $1,804.70 | - | - | - | $1,804.70 | - | $41.58 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | $418.00 | 09/26/23 | $418.00 | - | - | - | $418.00 | - | $9.63 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | $441.43 | 09/27/23 | - | - | $441.43 | - | $441.43 | - | $9.53 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | $1,175.70 | 09/29/23 | - | - | $1,175.70 | - | $1,175.70 | - | $24.52 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | $2,438.77 | 10/03/23 | - | - | $2,438.77 | - | $2,438.77 | - | $43.78 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | $397.92 | 10/04/23 | - | - | $397.92 | - | $397.92 | - | $6.86 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | $385.36 | 10/09/23 | - | - | $385.36 | - | $385.36 | - | $5.24 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | $1,164.95 | 10/13/23 | - | - | $1,164.95 | - | $1,164.95 | - | $12.51 | 04/24/24 |

You must pay your promotional balance of **$397.92** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$385.36** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$1,164.95** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$564.05** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$299.00** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$119.96** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$99.00** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$279.00** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$197.20** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$159.94** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$18.20** in full by **04/24/24** to avoid paying deferred interest charges.

You must pay your promotional balance of **$35.57** in full by **04/24/24** to avoid paying deferred interest charges.

Marketing offers included in this statement are intended for residents of the United States and its Territories.

## TRANSACTIONS

CARD ENDING 2007 STEPHANIE BOOKER

| Trans Date | Description | | Amount |
|---|---|---|---|
| 09/27 | THE HOME DEPOT PRIMOS-SECANE PA<br>KITCHEN AND BATH | $ | 303.08- |
| 09/27 | THE HOME DEPOT PRIMOS-SECANE PA<br>LUMBER MILLWORK<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 441.43 |
| 09/29 | THE HOME DEPOT PRIMOS-SECANE PA<br>FLOORING PAINT LUMBER            SEASONAL/GARDEN<br>HARDWARE<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 1,175.70 |
| 10/03 | THE HOME DEPOT PRIMOS-SECANE PA<br>FLOORING LUMBER HARDWARE<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 2,438.77 |
| 10/04 | THE HOME DEPOT PRIMOS-SECANE PA<br>KITCHEN AND BATH | $ | 152.10- |
| 10/04 | THE HOME DEPOT PRIMOS-SECANE PA<br>LUMBER KITCHEN AND BATH PAINT<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 397.92 |
| 10/09 | THE HOME DEPOT PRIMOS-SECANE PA<br>MILLWORK FLOORING SEASONAL/GARDEN LUMBER<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 385.36 |
| 10/09 | THE HOME DEPOT PRIMOS-SECANE PA<br>GOODS AND SERVICES | $ | 742.92- |
| 10/10 | THE HOME DEPOT PRIMOS-SECANE PA<br>FLOORING PAINT | $ | 65.36 |
| 10/13 | THE HOME DEPOT PRIMOS-SECANE PA<br>PAINT MILLWORK PLUMBING HARDWARE<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 1,164.95 |
| 10/17 | THE HOME DEPOT PRIMOS-SECANE PA<br>MILLWORK HARDWARE LUMBER<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 564.05 |
| 10/18 | HOME DEPOT.COM            800-430-3376<br>KITCHEN AND BATH<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 119.96 |
| 10/18 | HOME DEPOT.COM            800-430-3376<br>KITCHEN AND BATH<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 197.20 |
| 10/18 | HOME DEPOT.COM            800-430-3376<br>KITCHEN AND BATH<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 99.00 |
| 10/18 | HOME DEPOT.COM            800-430-3376<br>PLUMBING<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 04/24/2024. Monthly payments required. | $ | 279.00 |



Account: **** **** **** 2007

## ACTIVITY AND PROMOTIONS DETAIL (cont.)

| Original Promotion Trans Amount | Promotion Trans Date | Previous Balance | Payments & Other Credits | Purchases, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $564.05 | 10/17/23 | - | - | $564.05 | - | $564.05 | - | $4.43 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $299.00 | 10/18/23 | - | - | $299.00 | - | $299.00 | - | $2.14 | 04/24/24 |
| -INT FOR 6MOS - PMT REQ | | | | | | | | | |
| $119.96 | 10/18/23 | - | - | $119.96 | - | $119.96 | $1.20 | $0.85 | 04/24/24 |
| -NO INT FOR 6MOS -PMT REQ | | | | | | | | | |
| $99.00 | 10/18/23 | - | - | $99.00 | - | $99.00 | $0.99 | $0.71 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $279.00 | 10/18/23 | - | - | $279.00 | - | $279.00 | - | $1.99 | 04/24/24 |
| NO INT FOR 6MOS-PMT REQ | | | | | | | | | |
| $197.20 | 10/18/23 | - | - | $197.20 | - | $197.20 | - | $1.41 | 04/24/24 |
| -NO INT FOR 6MOS -PMT REQ | | | | | | | | | |
| $159.94 | 10/19/23 | - | - | $159.94 | - | $159.94 | $1.60 | $1.03 | 04/24/24 |
| -NO INT FOR 6MOS -PMT REQ | | | | | | | | | |
| $18.20 | 10/20/23 | - | - | $18.20 | - | $18.20 | $0.19 | $0.10 | 04/24/24 |
| -NO INT FOR 6MOS -PMT REQ | | | | | | | | | |
| $35.57 | 10/20/23 | | | $35.57 | - | $35.57 | $0.36 | $0.21 | 04/24/24 |
| **TOTAL** | | **$5,310.78** | **$1,508.88-** | **$8,110.63** | **$0.00** | **$11,912.53** | **$4.34** | **$260.31** | |

## INTEREST CHARGE CALCULATION

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | Your Annual Percentage Rate (APR) is the annual interest rate on your account. | |
| Revolving Balance | | | |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | $0.00 | $0.00 |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 25.99% (M) | - | - |
| -NO INT FOR 6MOS - PMT REQ | 25.99% (M) | - | - |
| -NO INT FOR 6MOS - PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS - PMT REQ | 25.99% (M) | - | - |
| NO INT FOR 6MOS - PMT REQ | 25.99% (M) | - | - |
| -NO INT FOR 6MOS - PMT REQ | 25.99% (M) | - | - |
| -NO INT FOR 6MOS - PMT REQ | 25.99% (M) | - | - |
| -NO INT FOR 6MOS - PMT REQ | 25.99% (M) | - | - |

# CONTRACTOR CONTRACT

THIS CONSTRUCTION AGREEMENT, hereinafter referred to as the "Agreement" or the "Contract," being executed on Date: 3/26/2023 DSD Booker Properties, LLC by and between DSD Booker Properties, LLC of Philadelphia and whose contact number is 215-275-1747 (hereinafter referred to as the "CLIENT") and in the County of CONTRACTOR: Interior Finishes by Sydnor LLC CONTRACTOR Address: 1650 Market Street Suite 3600 City: Philadelphia State: PA Zip Code: 19103 Philadelphia in the County of: and whose contact number is: (267)602-3198 and whose license number is: 054600 (hereinafter referred to as the "CONTRACTOR");

WHEREAS the CONTRACTOR is engaged in the construction business and is able and willing to provide the construction services required by the CLIENT; and

WHEREAS the CLIENT needs construction services and wishes to hire CONTRACTOR to perform same as specified in this Contract.

NOW, THEREFORE, in consideration of the mutual promises set forth below, and for other good and valuable consideration the receipt of which is hereby acknowledged, CONTRACTOR and CLIENT hereby agree to the terms and conditions contained in this Agreement and enumerated as follows:

Detailed Description of Work to Be Performed
CONTRACTOR agrees to perform in a good and workmanlike manner, all work detailed in the Specifications Sheet, which is annexed hereto as Exhibit A, and is incorporated herein by reference. Any modifications or alterations to the terms and conditions contained herein or annexed hereto must be done in writing as per the terms of this Agreement. If the CONTRACTOR is a corporation, then a certificate that the individual executing this Contract is duly authorized to sign must also accompany this Contract.

CONTRACTOR shall provide all services, materials, and labor for the construction or rehab of ☑House ☐ Office, or ☐ Commercial on the property located at Address: 5306 Race Street   City: Philadelphia Pennsylvania   Zip Code: 19139 hereinafter referred to as the "Worksite."

Price
CONTRACTOR agrees to complete all work herein described, and CLIENT shall pay the CONTRACTOR for those services the total sum of $124,190 dollars in accordance with the terms of this Agreement. The client will have a 15% contingency budget of at least $18,628.50.

1

Upon receipt of the final payment under this Contract, the CLIENT shall be released and discharged from all claims against CONTRACTOR for any work performed hereunder or any alteration made hereto.

**Payment**
CLIENT agrees to pay CONTRACTOR on time in accordance with the payment schedule set forth by the CLIENT and CONTRACTOR.

**Commencement and Completion of Work**
CONTRACTOR shall not begin work or order any materials before the first (1) day following the signing of this Agreement, unless otherwise specified herein writing. The CONTRACTOR shall begin work on or about Date: 3/27/2023 Barring any delay caused by circumstances beyond the CONTRACTOR's control, the work shall be completed by Projected Completion Date: 6/27/2023.

The CLIENT hereby acknowledges and agrees that the scheduling dates are approximate and that any delay attributable to the presence of hidden conditions or requiring additional work discovered during construction, or delays arising out of the receipt of equipment and/or materials, that are not avoidable by the CONTRACTOR, shall not be considered a violation of this Agreement.

**Change Orders or Variation Order**
Is defined as work that is added to or deleted from the original scope of work of a contract, which alters the original contract amount and/or completion date.

**Change Order Process.** CLIENT may request Scope Changes within the general scope of this Agreement consisting of additions, deletions, or other revisions. If the CLIENT so desires to request Scope Changes, they shall submit a change request form to the CONTRACTOR in writing within (3) business days of initial acceptance of contract. Any change orders received after (3) business days will be accepted or rejected at CONTRACTOR's discretion. Any requested changes that have an impact on the project schedule or initial agreed upon project costs the CLIENT will be financially responsible.

CONTRACTOR can accept or reject the CLIENTS proposed changes if CONTRACTOR deems requested changes drastically impacts completion schedule.

NOTE: While CONTRACTOR is working on the CLIENTS change order request CLIENT is still financially responsible for Materials, Labor, Delivery charges, and Schedule setbacks.

**Insurance**
The CONTRACTOR agrees to procure and maintain in full force and effect during the term of this Contract, at its own cost, the following coverage:

- Commercial General Liability Insurance with a minimum combined single limit of ONE MILLION DOLLARS ($1,000,000.00) per each occurrence and TWO MILLION DOLLARS ($2,000,000.00) general aggregate. The policy shall be applicable to all premises and operations. The policy shall include coverage for bodily injury, broad form property damage (including completed operations),

2

personal injury (including coverage for contractual and employee acts), blanket contractual, independent CONTRACTORs, products, and completed operations. The policy shall include coverage for explosion, collapse, and underground hazards.

o   CONTRACTOR shall procure and maintain the minimum insurance coverage listed herein. Such coverage shall be procured and maintained with forms and insurers acceptable to the CLIENT. All coverage shall be continuously maintained to cover all liability, claims, demands, and other obligations assumed by the CONTRACTOR pursuant to this Agreement. In the case of any claims-made policy, the necessary retroactive dates and extended reporting periods shall be procured to maintain such continuous coverage.

o   A Certificate of Insurance shall be completed by the CONTRACTOR's Insurance Agent(s) as evidence that policies providing the required coverage, condition, and minimum limits are in full force and effect and shall be subject to review and approval by the CLIENT prior to commencement of any services under this Contract. The Certificate shall identify this Contract and shall provide that the coverage afforded under the policies shall not be cancelled, terminated, or materially changed until at least thirty (30) days prior written notice has been given to the CLIENT. The Certificate shall name CLIENT, its officers, and its employees as additional insured with respect to the General Liability Insurance. The completed Certificate of Insurance shall be sent to:

o   Failure on the part of the CONTRACTOR to procure or maintain policies providing the required coverage, conditions, and minimum limits shall constitute a material breach of contract upon which the CLIENT may immediately terminate this Contract, or at its discretion, the CLIENT may procure or renew any such policy or any extended reporting period thereto and may pay any and all premiums in connection therewith, and all monies so paid by the CLIENT shall be repaid by CONTRACTOR to the CLIENT immediately upon demand, or CLIENT may choose to offset the cost of the premium against any monies due to CONTRACTOR.

o   CLIENT reserves the right to request and receive a certified copy of any policy and any endorsement thereto. CONTRACTOR agrees to execute all documents necessary to allow the CLIENT access to all insurance and endorsements pertaining to this particular job.

o   Every policy required above shall be primary insurance, and any insurance carried by the CLIENT, its officers, or its employees shall be excess and not contributory insurance to that provided by the CONTRACTOR. The CONTRACTOR shall be solely responsible for any deductible losses under the policies required above.

3

- The CONTRACTOR shall not be relieved of any liability, claims, demands, or other obligations assumed pursuant to this Contract by reason of its failure to maintain insurance, or by reason of its failure to procure or maintain insurance in sufficient amounts, duration, or types.

- As an independent CONTRACTOR, the CONTRACTOR is not entitled to Worker's Compensation benefits under the CLIENT's plan. Furthermore, the CONTRACTOR is obligated to pay federal and state income tax on any monies earned pursuant to this contractual relationship.

- The parties hereto understand and agree that the CLIENT, its officers, and its employees, are relying on, and do not waive or intend to waive by any provision of this Contract, the monetary limitation or any other rights, immunities, and protections provided by state and federal laws.

Construction-Related Permits

The following construction-related permits shall be necessary in order to complete the scope of the work included in this Agreement: ☑Building, Demolition, ☑ Plumbing, ☑ Electrical, ☑Mechanical, ☐ Water, ☐ Sewer, ☐Smoke Detector, ☐Other_____, ☐and Gas.

The CONTRACTOR, in accordance with current state and federal laws, shall be required to apply for and obtain all construction-related permits. The CONTRACTOR shall not be deemed responsible for delays in the work described in this Agreement caused by regulatory, permit granting, or inspection agencies, or authorities, but is required to provide written proof of these types of interferences.

Modification

This Agreement, including the provisions relating to price and payment schedule, cannot be changed except by a written statement signed by both CONTRACTOR and CLIENT. However, cancellation by CLIENT is allowed in accordance with the Notice of Cancellation as outlined under Rights to Cancellation in this Agreement.

Rights To Cancellation

The CLIENT has the right to cancel the Agreement without any penalty or obligation within 24-hours after signing the Contract by notifying the CONTRACTOR through email, telegram, or certified mail.

Warranties

The CONTRACTOR agrees to provide a (30) Day warranty on any of the services provided. No employee, agent, or CONTRACTOR is authorized to make any representation or warranty on behalf of the CONTRACTOR other than those contained in this Agreement.

4

CONTRACTOR agrees to provide CLIENT with all manufacturers' warranties, guarantees, instructional booklets, and other informative literature of the products and materials used in the construction process.

Miscellaneous Provisions
This Contract is governed by the laws of Pennsylvania.

CONTRACTOR shall not have the right to assign this Contract. The provisions of this Contract are binding on the heirs, successors, or assignees of the parties.

The rights and remedies available under this Contract shall be in addition to any rights and remedies allowed by law.

No failure to enforce any provision of this Contract on account of any breach thereof shall be considered as a waiver of any right to enforce provisions of this Contract concerning any subsequent or continuing breach.

The terms of this Agreement shall remain in full force and effect following final payment.

Completeness of Agreement for Execution
CLIENT is hereby advised not to sign this Agreement unless all blank sections have been filled in or marked as void, delete, or as not being applicable, and until all exhibits and related or referenced documents are incorporated herein and/or attached hereto.

Copy of Agreement to Be Given to Company/Client
This Agreement is governed by current state and federal laws. It must be executed in duplicate, and an original signed copy hereof given to the CLIENT at the time of execution. No work under this Agreement shall begin prior to the signing of this Agreement and a copy thereof transmitted to the CLIENT.

Agreement to Arbitrate in the Event of Dispute
The CONTRACTOR and the CLIENT hereby mutually agree in advance that in the event that the CONTRACTOR has a dispute concerning this Contract, the CONTRACTOR must submit such dispute to either the American Arbitration Association or to such other private arbitration service which has been approved by the secretary of the Executive of Consumer Affairs and Business Regulations, and the consumer shall be required to submit to such arbitration as provided under current state and federal laws. The decision and award of the arbitrator shall be final. The costs of such proceedings shall be borne equally by both parties.

5

### Severability Clause

The provisions of this Contract shall be deemed to be severable, and if any term, condition, phrase, or portion of the Contract shall be determined to be unlawful or otherwise unenforceable, the remainder of the Contract shall remain in full force and effect.

### Safety

CONTRACTOR its employees, sub-contractors and affiliates agree to take all necessary safety precautions to ensure the health and safety of staff and laborers engaged for the works. The Contractor shall, in collaboration with and to the requirements of the local health authorities, and OSHA. Required PPE must be available and worn at all times.

### COVID-19 Safety

CONTRACTOR agrees to follow CDC & OSHA guidelines regarding COVD-19 site safety including but not limited to proper social distancing, face coverings and limiting personnel on site. CONTRACTOR must post or have available on site an infectious disease preparedness and response plan. CLIENT is in no way responsible for any fines or citations caused by SUB CONTRACTORS failure to adhere to OSHA's guidelines and requirements.

### Indemnification

CONTRACTOR agrees to indemnify and hold harmless CLIENT and its employees, from and against all liability, claims, demands, and expenses, including court costs and attorney fees, on account of any injury, loss, or damage, which may arise out of or are in any manner connected with the work to be performed under this Contract, if any such injury, loss or damage is caused in whole or in part by, or is claimed to be caused in whole or in part by, the negligent acts, errors, or omissions of the CONTRACTOR, or any officer, employee, or agent of the CONTRACTOR. The obligations of this Section shall not apply to damages which CLIENT shall become liable by final judgment to pay to a third party as the result of the negligent act, error, or omission of CLIENT.

Upon final inspection by CLIENT & CONTRACTOR, the CLIENT shall submit, in writing, a punch list within 72 hours of any item that may need attention by the CONTRACTOR upon completion of substantial construction. At that time, the CONTRACTOR shall make any needed adjustments to satisfy the aforementioned punch list as soon as possible. Upon completion of the punch list, the CLIENT will do a final walk through and sign off same day for payment of the balance of the Contract which shall be due upon signing off.

All selections of materials shall be made from the CONTRACTOR's vendors and suppliers. Any overages on the allowances given will be charged a 10% fee to cover the CONTRACTOR's overhead and profit.

CLIENT agrees not to take occupancy of the premises until the CONTRACTOR has been paid in full unless the CONTRACTOR has provided written permission to the CLIENT.

6

EXHIBIT A
## SPECIFICATIONS SHEET

**GENERAL SCOPE OF WORK**
This will be a cosmetic rehab of a 4-bedroom 1.5-bathroom property. This property will be renovated completely replacing minimal Interior Framing, new Mechanical, Plumbing and Electrical system, new Roof and Openings, Insulation (as needed), new Wall covering (as needed), Paint, Flooring, Kitchen Cabinetry and Countertops. The contractor will try to minimize the amount of demolition and keep as much of the existing layout as possible.

Demo & Roof
- Contractor to demo existing roof and install new torch down 3 ply roof and a 10–15-year warranty (contractor must provide photos WITH time stamp or the client will not pay for this line item)
- Contractor to demo wall dividing kitchen from dining area
- Contractor to remove wall covering as needed
- Contractor to remove all existing cabinets, plumbing fixtures, electrical devices and wiring, HVAC appliances and ductwork
- Contractor to remove all flooring so that the subfloor is exposed throughout the entire property
- Contractor to remove all windows and doors throughout the property
- Contractor to remove existing stack pipe
- Contractor is responsible for hauling and moving all debris from Worksite
- Contractor to leave site broom swept clean

Exterior
- Repair brick on front steps and front of property
- Repair concrete pavement
- Repair concrete in the rear of property
- Cap all windows and doors
- Install downspout for proper drainage

Framing
- Frame interior walls around first floor bathroom
- Install windows and exterior doors

HVAC
- Install new gas-powered HVAC system rough and finish all new ductwork and 1 AHU (air handling unit) and 1 condenser unit
- Install bathroom vents where needed (1st floor if needed)

Plumbing
- Install new hot and cold-water lines
- Install new 40 gal. hot water tank
- Install new stacks and ventilation

7

- Install plumbing for 1 kitchen and 1.5 bathrooms
- Plumber to install rough and finish Plumbing (including exterior)
- Plumber to install washer and dryer hookup in basement
- Plumber to install dishwasher in kitchen
- Plumber to install garbage disposal

Electrical
- Install new service wires
- Install new panel and breakers
- Install a new meter
- Install new wiring throughout the entire property
- Install Ring doorbell cameras (hardwired)

Fire Blocking
- Install fire blocking as per local regulations and requirements and per the L&I inspector

Insulation
- Insulate all walls and roof per building requirements

Drywall
- Install ½" drywall throughout property as required
- Install moisture resistant drywall in wet rooms such as bathrooms
- Tape, finish, and sand drywall

Painting
- Paint all walls, ceilings, trim with paint colors specified by owner 2 coats (Eggshell)

Flooring
- Install laminate flooring throughout
- Install tile floor in bathrooms & in Kitchen

Cabinets & Finishes
- Install cabinets according to clients specifications
- Install countertops
- Install backsplash in kitchen
- Install bathroom and kitchen finishes as per clients specifications
- Install interior doors

Basement
- Clean and parge walls as needed

8

## ARCHTECTURE & ENGINEERING

For this project the Contractor will hire the Engineer to provide an engineers report.

## PLANS & PERMITS

CONTRACTOR shall supply all required building plans to apply for a building permit from the City of Philadelphia Issuing Permit: in the Municipality or Township of Philadelphia. Issuing Permit: The plans shall consist of all items necessary to complete the construction work under this Contract. The building permit shall consist of, but not limited to, water, sewer, electric, plumbing, and mechanical permit.

## PAYMENT SCHEDULE

Below are the guidelines for how the CLIENT will pay the CONTRACTOR. The CONTRACTOR will be paid by Phase. It is the responsibility of the CLIENT to ensure that their draw schedule meet the demand of the payment schedule. The CLIENT will be charged late fees, interest and any other financial burden incurred by the CONTRACTOR due to late payments. Interior Finishes by Sydnor LLC follows a NET-5 payment system which means that payments are due no later than 5 days after the invoice is sent to the CLIENT.

- ○ First payment – 1/3 of the phase

- ○ Second payment – 1/3 of the phase

- ○ Third payment – 1/3 of the phase

In addition to labor and material for each phase a management and overhead fee is charged, and it covers management and overhead costs for the duration of the project this cost is not an additional cost it is already built into the quote provided by Interior Finishes by Sydnor LLC and rolled into the cost for each phase. We ask that the down payment is made at least 2 weeks BEFORE the start date of the project to give the check enough time to clear.

9

# QUOTE

**Interior Finishes by Sydnor LLC**

*"There's more to this than meets the eye."*

1650 Market Street, Suite 3600 PMB 00371
Philadelphia, PA 19103
(267)602-3198
info@finishes.company
Visit our Website
Contractor License #054600
PA135208

DATE: 2/16/2023
EXPIRATION DATE: 3/16/2023

TO   Steff Booker
For property located at: 5306 Race Street Philadelphia PA
(215)275-1747

| ESTIMATOR | PROJECT |
|---|---|
| Tawanda Sydnor | Partial Gut Rehab (Contractor Grade) |

| DESCRIPTION | UNIT PRICE |
|---|---|
| Architectural/Design | $3,000 |
| Permits | $1,500 |
| Cleanout and Demo | $4,000 |
| Roof | $4,000 |
| Basement (Parge and Clean) | $4,000 |
| Exterior (window capping, railing painting, yard cleanout) | $3,000 |
| Concrete (spot pointing, minor cement repair) | $3,000 |
| Rough Carpentry (frame powder room on 1st floor) | $1,000 |
| Windows | $5,000 |
| Rough Plumbing | $15,000 |
| Rough HVAC | $6,000 |
| Rough Electric | $10,000 |
| Insulation (Allowance) | $500 |
| Drywall (selective patching where MEPs are installed) | $4,000 |
| Painting | $3,000 |
| Finish Plumbing (toilets, vanities, faucets, fixtures) | $3,000 |
| Finish HVAC | $7,000 |
| Finish Electric | $4,000 |

| Flooring | |
|---|---|
| Finish Carpentry (trim, interior doors) | $7,000 |
| Bathroom(s) | $3,000 |
| Kitchen (cabinets, countertops) | $4,000 |
| Appliances | $8,000 |
| Landscaping (Allowance) | Provided by Client |
| Management Fee | $1,000 |
| Cleaning Fee | $6,400 |
| | $1,000 |

| | | |
|---|---|---|
| SUBTOTAL | | $111,400 |
| CONTRACTOR OH&P | 10% | $12,790 |
| TOTAL | | $124,190 |

EXCLUSIONS:

- Special Inspections required by Architect or Engineer
- Appliances Labor for installation of Appliances
- Contingency (15% recommended)
- Permit issuance fee (this fee is calculated and determined by the City of Philadelphia upon issuance of the permit)

GENERAL SCOPE OF WORK:

This will be a cosmetic rehab of a 4 bedroom, 1 bathroom, 1 kitchen property. We will be adding 1 powder room on the first floor, performing demo only as necessary in areas where we are removing existing HVAC, Electrical and Plumbing, we will be replacing the roof, installing windows and window framing as needed, capping all windows, installing new Plumbing, HVAC and Electrical only as needed to accommodate upgraded HVAC system. We will be replacing all flooring, patching drywall as needed, new interior painting, new kitchen cabinets & counter tops, new bathrooms.

Special Notes: This is a quote and is subject to change. THIS QUOTE IS BASED (ECONOMY LEVEL) MATERIAL ONLY

Quotation prepared by:  Tawanda Sydnor (Construction Manager)

This is a quotation on the goods named, subject to the conditions noted below. Describe any conditions pertaining to these prices and any additional terms of the agreement. You may want to include contingencies that will affect the quotation.

THANK YOU FOR YOUR BUSINESS!

| PHASE | WORK TO BE DONE | COST OF PHASE | 1st PAYMENT | FINAL PAYMENT |
|---|---|---|---|---|
| 1 | Demo, Roof, Basement, Exterior, Framing, Windows, Engineers Letter obtained | $29,500 + $9,595 = $39,095 | $19,095 | $20,000 |
| 2 | Rough Plumbing, Rough HVAC, Rough Electrical | $31,000 + $9,595 = $40,595 | $20,297.50 | $20,297.50 |
| 3 | Fire block & Insulation, Drywall, Painting Finishes (flooring, painting, cabinetry, finish MEP's) | $44,500 | $22,250 | $22,250 |

This contract shall be considered null and void if it is not signed and returned to info@finishes.company within 72 hours of receipt.

Executed as our free act and deed on Date:

*Tawanda Sydnor*
(Contractor Signature)

Tawanda Sydnor (President and Construction Manager)
(Name and Title of Signee Representing Contractor:)

10



Stephanie Booker
213 South Melville Street
Philadelphia, PA 1939

3744

9-26 20 23

Pay to the order of   Sheldon Jarvis                    $ 6018.30

Sixthousand eighteen                          30/100   Dollars

PHILADELPHIA FEDERAL CREDIT UNION

For Deposit 5306 loc81              Stephanie Booker

⑈236084 29⑆: 6040000846487⑈  3744

Stephanie Booker
215 South Melville Street
Philadelphia, PA 19138

3-8428/2360

979

*Sheldon Jarvis*

10-17-23

Three thousand five hundred

$ 3500.00

POLICE AND FIRE FEDERAL CREDIT UNION
WWW.PFFCU.ORG

5306 Race St.

*Stephanie Booker*

⑈236084 2850⑈0979⑈ 068 18 100 16⑈ 24 6

---

the Lord is
my strength
and my song.
— Exodus 15:2

Stephanie Booker
215 South Melville Street
Philadelphia, PA 19139

3-8429/2360

3759

Pay to the
order of *Sheldon Jarvis*

10-17 20 23

One thousand five hundred

$ 1500.00

Dollars

PHILADELPHIA FEDERAL CREDIT UNION

For 5306 Race St.

*Stephanie Booker*

⑈236084 298⑈ 104 00008 146 87⑈ 3759

©2003 THOMAS KINKADE, MEDIA ARTS GROUP, INC., MORGAN HILL, CA

---

$16,286.40 → Repair work

$4,073.20 → Finish work

$40,359.60 → Total Owed

$ 4,018.30
$ 4,000.00
$ 5,000.00
$ 3500.00
$ 1500.00

$40,35.60
$30,018.30

$30,341.30
$14,689.89

$ 5,652.30

← Due when Job is complete
← Due when sale is Final



**Amount:** $-5,000.00

**Statement Description:** Check

**Check Number:** 977

**Posted Date:** 10/6/2023

**Type:** Debit

**Status:** Posted



Stephanie Booker
219 South Melville Street
Philadelphia, PA 19139

The Lord is my strength and my song
- Psalm 118:1

3753

10 - 3   20 93

Pay to the Order of _Sheldon Jarvis_____ | $ 4000.00

Four thousand _____ Dollars

PHILADELPHIA FEDERAL CREDIT UNION

For 5306 Race St        Stephanie Booker

�semi⑥036084298⑥104000081448⑦⑥ 3753



5342 W.BALT.PK.-SECANE,PA (610)394-9600
STORE MANAGER MARCO MICHETTI

4114  00007  08404     10/13/23   01:06 PM
SALE CASHIER HALLIE ANN

678885051082 INT PAINT <A>
    BEHR PPI 2050 EGG UPW 5.00GL
    2@143.00
    NLP Savings   $20.00              286.00N
851414002742 HW RED RSN <A>
    166' HVY WT RED ROSIN PAPER
    3@17.76                            53.28N
803492136550 FLOOR REG. <A>
    4"X10" 150 WHT STEEL FLOOR DIFFUSER
    2@12.97                            25.94N
803492135911 AIR REG. <A>
    8"X6" WHT STEEL 2-WAY REGISTER
                                       14.27N
026508261804 GXP50C <A>
    GX PRO SERIES 1/2 HP CONTINUOUS FEED
                                      114.00N
070798184251 ALEXFD 10.1 <A>
    ALEX FAST DRY WHITE 10.1 OZ
    6@5.28                             31.68N
022078450037 LIQ NAIL VOC <A>
    LN HEAVY DUTY VOC 10 OZ
    9@3.58                             32.22N
697285074767 SB1238BNANGL <A>
    1/2" SB X 3/8" BRUSHED NKL ANGL STP
    4@16.25                            65.00N
733263315115 24HC6PNLSB <A>
    24X80 1-3/8 HC 6-PNL MLD SLAB       53.46N
095624515467 CROWN FE49 <A>
    9/16 X3-5/8 FEMDF LWM49 CROWN
    16@4.18                            66.88N
095624512411 STOP937 FMD <A>
    7/16 X1-1/4 FEMDF WM937 STOP
    24@1.98                            47.52N
7809543805065 FINGERJOINT <A>
    1X5-8FT PRIMED FJ S4S BOARD
    3@16.56                            49.68N
764666732940 312DMG1 <A>
    DECKMATE III, GREEN, 3-1/2 IN, 1 LB  10.97N
764666738324 4DMT1 <A>
    DECKMATE III 4" TAN SCREW 1LB        10.97N
043374780222 CARPET MTL <A>
    1-1/8"X36" SILVER STAIR EDGING
    2@9.97                             19.94N
7896796530011 4X8 PANEL <A>

```
        3/16"X4'X8' WHITE TRUE BEAD PANEL
        6@27.98             .              167.88N
7809543804082 1X3X8PRIME <A>
        1X3-8FT PRIMED FJ S4S BOARD
        5@9.94                              49.70N
079340651999 12OZLOCTFW&D <A,S>      6.68N
        LOCTITE WINDOW & DOOR 12 OZ
854884001345 HEM SHOE <A>
        HEMLOCK 6045 SHOERAIL W/FILLET
        16@3.68                            58.88N

                  SUBTOTAL    1,164.95
                  SALES TAX       0.00
TAX EXEMPT
                  TOTAL      $1,164.95
XXXXXXXXXXXX2007 HOME DEPOT
                        USD$ 1,164.95
AUTH CODE 013043/6071243          TA
Chip Read
AID A0000000049999D8400303     THD PLCC CO
N
```

You may be offered special limited time
only deferred interest promotional
offers when shopping with your The Home
Depot Consumer Credit Card such as: No
interest if paid in full within 6
months, 12 months, 18 months, or 24
months.

If the balance is not paid in full by
the end of the promotional period,
interest charges will be imposed from
the purchase date at the rate on your
account. See card agreement for your
rate.

Minimum payments apply. For current
offers and exclusions, please see store
signage or homedepot.com/creditcenter

          PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-1747 SUMMARY

2023 PRO XTRA SPEND 10/12:    $8,969.68
INCLUDES:
2023 PROXTRA SAVINGS 10/12:     $790.78

As of 10/13/2023 your Paint Rewards
level is Member; Spend 179.20 more in
qualifying paint purchases to earn
Bronze (10.0% off) on select paint
items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit

          4114 10/13/23 01:06 PM

# Customer Receipt

9/26/2023, 12:57 PM EDT

| | | Sales Person LMM1437 | | Store Phone # (610) 394-9600 |
| --- | --- | --- | --- | --- |
| | Store # 4114 | Location 5342 W BALTIMORE PIKE, PRIMOS-SECANE, PA 19018 | | |

| Item Description | | Model # | SKU # | Unit Price | Qty | Subtotal |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Hampton Bay Hampton 18 in. W x 12 in. D x 30 in. H Assembled Wall Kitchen Cabinet in Satin White  🏷 COUPON $10.90 OFF EACH  🏷 SPECIAL BUY $50.00 OFF EACH | KW1830-SW | 600096 | ~~$150.00 / each~~ $98.10 / each | 2 | $218.00 |
| 11 | Outside Delivery | N/A | 515663 | $99.00 / each | 1 | $99.00 |

**90 DAY RETURN POLICY.** The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in the stores for details.

**Pro Xtra 2023**
**Member Statement** (as of 09/25)

Visit ProXtra: https://www.homedepot.com/c/Pro_Xtra

| | | | |
| --- | --- | --- | --- |
| Pro Xtra Spend $2,343.49 | Pro Xtra Savings $0.40 | | |

| | |
| --- | --- |
| Subtotal | $1,991.00 |
| Discounts | -$186.30 |
| Sales Tax | $0.00 |
| Order Total | $1,804.70 |
| Balance Due | $0.00 |

**Payment Method**

The Home Depot 2007

Charged $1,804.70

Take a short survey for a chance TO WIN A $5,000 Home Depot Gift Card. Entries must be completed within 14 days of purchase. Entrants must be 18 or older to enter. No Purchase necessary. See complete rules on www.homedepot.com/survey

User ID: GVMG 85881 81864

Password: 23476 81767



**Customer Receipt**

9/26/2023, 12:57 PM EDT

Sales Person LMM1437

Store Phone # (610) 394-9600

Store # 4114

Location 5342 W BALTIMORE PIKE, PRIMOS-SECANE, PA 19018



### Customer Information

**SHELDON JARVIS**

(267) 269-7402

SHELDONJ65@GMAIL.COM

**JARVIS COMPLETE RENOVATION**

5306 Race St

Philadelphia, PA 19151

Order # H4114-323498

Receipt # 4114 00097 40739

PO / Job Name Tiffany

### Delivery

**Delivery Address**
5306 Race St
Philadelphia , PA 19139

**Delivery Options**
Outside Delivery

**Delivery Date**
Wednesday, September 27
10:00 AM EDT - 2:00 PM
EDT

| Item | Description | Model # | SKU # | Unit Price | Qty | Subtotal |
|---|---|---|---|---|---|---|
| 01 | Hampton Bay Hampton 24 in. W x 24 in. D x 34.5 in. H Assembled Drawer Base Kitchen Cabinet in Satin White with Drawer Glides  ◊ COUPON $24.90 OFF EACH  ◊ SPECIAL BUY $60.00 OFF EACH | KDB24-SW | 1001294503 | ~~$399.00 / each~~  $224.10 / each | 1 | $249.00 |
| 02 | Hampton Bay 91.5 in. W x 4.5 in. H Toe Kick Molding in Satin White  ◊ SPECIAL BUY $10.00 OFF EACH | KATK-SW | 601314 | ~~$39.00 / each~~  $29.00 / each | 1 | $29.00 |
| 03 | Hampton Bay 3 in. W x 30 in. H Cabinet Filler in Satin White  ◊ COUPON $2.90 OFF EACH  ◊ SPECIAL BUY $10.00 OFF EACH | KAFS330-SW | 601315 | ~~$39.00 / each~~  $26.10 / each | 5 | $145.00 |
| 04 | Hampton Bay Hampton Satin White Raised Panel Stock Assembled Diagonal Corner Wall Kitchen Cabinet (24 in. x 30 in. x 12 in.)  ◊ COUPON $14.90 OFF EACH  ◊ SPECIAL BUY $90.00 OFF EACH | KWD2430-SW | 600154 | ~~$239.00 / each~~  $134.10 / each | 1 | $149.00 |
| 05 | Hampton Bay Hampton 30 in. W x 12 in. D x 12 in. H Assembled Wall Bridge Kitchen Cabinet in Satin White  ◊ COUPON $9.90 OFF EACH  ◊ SPECIAL BUY $50.00 OFF EACH | KW3012-SW | 745484 | ~~$149.00 / each~~  $89.10 / each | 1 | $99.00 |
| 06 | Hampton Bay Hampton 24 in. W x 12 in. D x 30 in. H Assembled Wall Kitchen Cabinet in Satin White  ◊ COUPON $11.90 OFF EACH  ◊ SPECIAL BUY $60.00 OFF EACH | KW2430-SW | 600105 | ~~$179.00 / each~~  $107.10 / each | 2 | $238.00 |
| 07 | Hampton Bay Hampton 18 in. W x 24 in. D x 34.5 in. H Assembled Base Kitchen Cabinet in Satin White with Drawer Glides  ◊ COUPON $12.90 OFF EACH  ◊ SPECIAL BUY $70.00 OFF EACH | KB18-SW | 600482 | ~~$199.00 / each~~  $116.10 / each | 1 | $129.00 |
| 08 | Hampton Bay Hampton 24 in. W x 24 in. D x 34.5 in. H Assembled Base Kitchen Cabinet in Satin White with Drawer Glides  ◊ COUPON $14.90 OFF EACH  ◊ SPECIAL BUY $70.00 OFF EACH | KB24-SW | 600494 | ~~$219.00 / each~~  $134.10 / each | 2 | $298.00 |
| 09 | Hampton Bay Hampton 30 in. W x 24 in. D x 34.5 in. H Assembled Base Kitchen Cabinet in Satin White with Drawer Glides  ◊ COUPON $16.90 OFF EACH  ◊ SPECIAL BUY $70.00 OFF EACH | KB30-SW | 600503 | ~~$239.00 / each~~  $152.10 / each | 2 | $338.00 |

## Customer Receipt

9/26/2023, 12:57 PM EDT

| | | Sales Person LMM1437 | | Store Phone # (610) 394-9600 |
| --- | --- | --- | --- | --- |
| | Store # 4114 | Location 5342 W BALTIMORE PIKE, PRIMOS-SECANE, PA 19018 | | |

| Item Description | | Model # | SKU # | Unit Price | Qty | Subtotal |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Hampton Bay Hampton 18 in. W x 12 in. D x 30 in. H Assembled Wall Kitchen Cabinet in Satin White ◇ COUPON $10.90 OFF EACH ◇ SPECIAL BUY $50.00 OFF EACH | KW1830-SW | 600096 | $150.00 / each $98.10 / each | 2 | $218.00 |
| 11 | Outside Delivery | N/A | 515663 | $99.00 / each | 1 | $99.00 |

**90 DAY RETURN POLICY.** The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in the stores for details.

### Pro Xtra 2023
**Member Statement** (as of 09/25)

Visit ProXtra: https://www.homedepot.com/c/Pro_Xtra

Pro Xtra Spend
$2,343.49

Pro Xtra Savings
$0.40

### Payment Method

The Home Depot 2007

Charged $1,804.70

| | |
| --- | --- |
| Subtotal | $1,991.00 |
| Discounts | -$186.30 |
| Sales Tax | $0.00 |
| Order Total | $1,804.70 |
| Balance Due | $0.00 |

Take a short survey for a chance TO WIN A $5,000 Home Depot Gift Card. Entries must be completed within 14 days of purchase. Entrants must be 18 or older to enter. No Purchase necessary. See complete rules on www.homedepot.com/survey

User ID: GVMG 85881 81864

Password: 23476 81767

**The Home Depot Special Services**
**Will Call/Direct Ship/Delivery**

No.H4114-32349

**Returns**: Except where prohibited by law, all returned Special Order Merchandise is subject to a fifteen percent (15%) restocking fee. Custom made goods are not returnable.

**Will Call**: The Home Depot Store will call the number provided on the invoice when your order is available. A Will Call held at the store for over thirty (30) days shall be subject to the abandoned property laws in your state.

**Direct Ship**: Direct Ship merchandise will be sent by the vendor and/or manufacturer to the address on the invoice.

**Delivery**: The Home Depot shall arrange for its delivery agent to deliver the merchandise to the address identified on the invoice pursuant to the following terms and conditions:

**Roads Notice**: The delivery address must be accessible by vehicle over roads and bridges rated to handle up to and including (40) forty ton loads. If any portion of delivery agent's route must traverse a section of road that is not rated to handle a forty ton load or heavier, Customer will be responsible for seeking a waiver, at Customer's expense, from the appropriate governmental authority. If Customer is unable to obtain a waiver, delivery service will not be available to the delivery address.

**Unattended Drop**: If Customer will not be present to accept the delivery, and the delivery can be left unattended, please initial below:

_____ By initialing here, I authorize The Home Depot and its delivery agent to leave the merchandise unattended following delivery, and I accept full responsibility for any resulting loss of, or damage to, the merchandise.

**Outside Deliveries Only**: If you are purchasing merchandise designated by The Home Depot for outside delivery only, your purchase does not include delivery of the merchandise beyond curbside; however, additional services may be available to deliver the merchandise to a location that you designate. In that event, you will be presented with the following waiver at the time of delivery, which you must sign as a condition of receiving any additional delivery services:

In consideration of the delivery of the merchandise that I purchased from The Home Depot ("Merchandise") to a location designated by me at my request, I, _____, on behalf of myself and my agents, successors, and assigns, hereby RELEASE AND FOREVER DISCHARGE, WITHOUT CONDITIONS, Home Depot U.S.A., Inc. and its affiliates, employees, officers, directors, managers, agents, contractors and any other person working through or under it (hereinafter collectively "The Home Depot"), from any and all claims, causes of action, demands, liabilities, damages, costs and expenses, of every kind and nature, whether known or unknown, suspected or unsuspected, which exist now or in the future (hereinafter "Claims"), relating and/or arising out of the delivery of the Merchandise. I FURTHER EXPRESSLY, FULLY, AND UNCONDITIONALLY ASSUME ANY AND ALL RISKS AND FULL LIABILITY FOR ANY RESULTING PERSONAL INJURY, DAMAGE TO PROPERTY OR DAMAGE TO MERCHANDISE WHICH MAY GIVE RISE TO CLAIMS AGAINST ME AND/OR THE HOME DEPOT. I HAVE FULLY INFORMED MYSELF OF THE NATURE OF THE RISKS INHERENT IN THE DELIVERY OF THE MERCHANDISE AND VOLUNTARILY AGREE TO ALLOW DELIVERY OF THE MERCHANDISE ONTO MY PREMISES. I HAVE CAREFULLY READ AND COMPLETELY UNDERSTAND THIS RELEASE AND ASSUMPTION OF RISK FORM BEFORE SIGNING IT. This agreement shall become effective upon my signature and shall be governed by the laws of the State of Georgia.

If you choose not to utilize additional delivery services beyond curbside delivery, you will not be required to sign the above waiver.

Accepted by: _____

X _____
Customer's Signature

09/26/2023
Date

No.H4114-323498



**JUMPSTART PHILLY LLC**

4701 GERMANTOWN AVE FL 3
Philadelphia, PA  19144
Jumpstart@PhillyOfficeRetail.com



## INVOICE

BILL TO
5306 RACE

| | INVOICE | 2187 |
|---|---|---|
| | DATE | 01/01/2024 |
| | TERMS | Net 30 |
| | DUE DATE | 01/31/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/27/2023 | INTEREST | JANUARY 2024 - Monthly Interest | 1 | 807.28 | 807.28 |

Please email Jumpstart @philly... ...
send a check payable to Jumpstart Philly.

**$807.28**



# Invoice

**Jarvis Complete Renovation LLC #47632**

540 n Simpson st
Philadelphia pa 19151

Sheldon Jarvis
267-269-7402
jarvissheldon@yahoo.com

BILL TO
DSD Booker Properties LLC
215 S Melville St
Philadelphia Pa 19139
US
stephanie@aharihomes.org
215-275-1747

| | |
|---|---|
| Invoice # | 151 |
| Date | Mar 25, 2024 |
| Due date | Apr 1, 2024 |

| Item | Price | Amount |
|---|---|---|
| DOOR LOCKS INSTALL | $250.00 | $250.00 |
| •Drill front door | | |
| •Inst | | |

| | |
|---|---|
| Subtotal | $250.00 |
| Tax (8%) | $20.00 |
| Total: | $270.00 |

Amount Due

**$270.00**

By sign... ...is document, the customer agrees to the services and conditions described in this document.

Jarvis Complete Renovation LLC #47632

DSD Booker Properties LLC

Stephanie Booker

Mar 26, 2024

4067

Date 3-26-2024

Pay to the order of  Jarvis Complete Renovation $270.00

Two Hundred Seventy...  Dollars

Stephanie Booker
215 South Melville Street
Philadelphia, PA 19139

PHILADELPHIA FEDERAL CREDIT UNION

For Door locks 5360 Door St   Stef Bohn

⑈23608⑈ 2986 1040000 8448 7⑈ 4067



# LOAN EXTENSION

March 14, 2024

---

| | |
|---|---|
| Property Address: | 5306 Race Street, Philadelphia, PA 19139 |
| Loan Number: | JP#0133 |
| Borrower(s): | DSD Booker Properties, LLC |

Jumpstart Philly, LLC (Lender) is pleased to extend the loan for an additional three month period:

**Terms:**

| | |
|---|---|
| Original Loan Amount: | $102,499.50 |
| Annual Interest Rate: | 9.20% |
| Accrued Interest: | $2,930.82 |
| Loan Type: | Interest only |
| Original Loan Due Date: | 3/27/2024 |
| New Loan Due Date: | 6/27/2024 |
| Extension Fee: (2% of the loan) | $2,049.99 |

An invoice for the loan extension fee will be sent separately.

If you have any questions about this matter, I can be reached at Angie@PhillyOfficeRetail.com or 215-247-5555 x211

Sincerely,
Angie Williamson,
Program Director
Jumpstart Philly, LLC

4701 Germantown Ave, 3rd floor, Philadelphia, PA 19144 | jumpstartphilly.com | p: (215) 247-5555

**JUMPSTART PHILLY LLC**
4701 GERMANTOWN AVE FL 3
Philadelphia, PA 19144
Jumpstart@PhillyOfficeRetail.com

# INVOICE

BILL TO
5306 RACE

| | | INVOICE | 2300 |
| | | DATE | 04/01/2024 |
| | | TERMS | Net 30 |
| | | DUE DATE | 05/01/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/27/2024 | INTEREST | APRIL 2024 - Monthly Interest | 1 | 807.28 | 807.28 |

Please email Jumpstart@phillyofficeretail.com to set up an ACH withdraw, or
send a check payable to "Jumpstart Philly"

BALANCE DUE          **$807.28**

**JUMPSTART PHILLY LLC**
4701 GERMANTOWN AVE FL 3
Philadelphia, PA  19144
Jumpstart@PhillyOfficeRetail.com

PHILLY

## INVOICE

BILL TO
5306 RACE

| | | INVOICE | 2281 |
| | | DATE | 03/27/2024 |
| | | TERMS | Net 30 |
| | | DUE DATE | 04/26/2024 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/27/2024 | EXTENSION FEE | Original Loan Due Date: 3/27/2024 New Loan Due Date: 6/27/2024 | 1 | 2,049.99 | 2,049.99 |

**$2,049.99**



RESIDENTIAL BUILDING PERMIT
RP-2023-003962
L&I District: CENTRAL WEST
OPA Account #: 441027410
5306 RACE ST
Philadelphia, PA 19139-2628
ISSUED 04/17/2023

| | |
|---|---|
| L&I district | CENTRAL WEST |
| Permit number | RP-2023-003962 |
| Permit type | RESIDENTIAL BUILDING PERMIT (RESIDENTIAL BUILDING) |
| Type of work | ADDITION AND/OR ALTERATION EZ PERMIT STANDARDS ALTERATIONS- FOR ALTERATIONS TO AN EXISTIN ONE FAMILY DWELLING AS PER ATTACHED STANDARD. DEVIATIONS FROM THIS STANDARD WILL RESULT IN PERMIT REVOCATION AND REQUIRE SUBMISSION OF CONSTRUCTION PLANS. SEPARATE PERMITS ARE REQUIRED FOR PLUMBING AND ELECTRICAL WORK AND THE INSTALLATION OF HEATING/COOLING APPLIANCES. STRUCTURAL ALTERATION OR REPAIR IS EXPRESSLY PROHIBITED UNDER THIS PERMIT. PROHIBITED STRUCTURAL WORK INCLUDES ANY MODIFICATION TO EXTERIOR WALLS, PARTY WALLS, FLOOR/ROOF FRAMING OR FOUNDATIONS; INCLUDING UNDERPINNING, EXCAVATION, AND REMOVAL OF FOUNDATION SLAB.NO WORK MAY BE PERFORMED IN THE BASEMENT OR CELLAR. |
| Permit status | ISSUED |
| Date issued | Apr. 17, 2023 |
| Zoning documents | No zoning documents |
| Contractor | DAVID R SMITH DAVID R SMITH 301 FRANKFORD AVE BLACKWOOD , NJ 08012 USA |

PLUMBING PERMIT
PP-2023-005245
L&I District: CENTRAL WEST
OPA Account #: 441027410
5306 RACE ST
Philadelphia, PA 19139-2628
ISSUED 04/17/2023

| | |
|---|---|
| L&I district | CENTRAL WEST |
| Permit number | PP-2023-005245 |
| Permit type | PLUMBING PERMIT (PLUMBING) |
| Type of work | ALTERATIONS |
| | PLUMBING PERMIT (INTERIOR) FOR COMBO RP-2023-003962 |
| Permit status | ISSUED |
| Date issued | Apr. 17, 2023 |
| Zoning documents | No zoning documents |
| Contractor | DAVID R SMITH |
| | DAVID R SMITH 301 FRANKFORD AVE BLACKWOOD , NJ 08012 US |



Department of
# Licenses and Inspections
CITY OF PHILADELPHIA

# ⚡ Notice of Electrical Permit

**Permit Number** EP-2023-003721

**LOCATION OF WORK**

5306 RACE ST, Philadelphia, PA 19139-2628

**PERMIT FEE**
$107.50

**ESTIMATED COST**
$3,500.00

**DISTRICT**
CENTRAL WEST

**DATE ISSUED**
5/3/2023

**PERMIT HOLDER**

PHILADELPHIA HOUSING AUTH

2013 RIDGE AVE OFFICE OF GENERAL COUNSEL PHILADELP

**CONTRACTOR**

XCELLCABLE INSTALLATION INC

1393 GWYNEDALE WAY LANSDALE, PA  19446 USA

**TYPE OF WORK**

Addition and/or Alteration

**APPROVED SCOPE OF WORK**

new outlets and switches without wiring as per 2017 nec

**APPROVED EQUIPMENT/FIXTURES**

Is Equipment Replacement; Is 600V or Less;



**POST A TRUE COPY OF THIS NOTICE IN A CONSPICUOUS LOCATION ON THE PREMISES**
Permits must be posted for the entire time work approved herein is performed. Zoning Permits shall be posted along each street frontage
of the site for not less than (30) calendar days after the date of issuance. Failure to comply will result in the issuance of a Violation.



## TO ANONYMOUSLY REPORT UNSAFE CONDITIONS AT THIS WORK SITE, CALL 311 or 911.



Department of
# Licenses and Inspections
CITY OF PHILADELPHIA

# 🏠 Residential Building Permit

Permit Number  RP 2023-003962

**LOCATION OF WORK**

5306 RACE ST, Philadelphia, PA 19139-2628

| PERMIT FEE | DATE ISSUED |
|---|---|
| $128.50 | 4/18/2023 |

| WORK AREA (SQ. FT.) | ESTIMATED COST |
|---|---|
| 600 | $8,500.00 |

**DISTRICT**

CENTRAL WEST

**PERMIT HOLDER**

PHILADELPHIA HOUSING AUTH

2013 RIDGE AVE OFFICE OF GENERAL COUNSEL
PHILADELPHIA PA 19121

**CONTRACTOR**

David R Smith

301 Frankford Ave Blackwood , NJ  08012 USA

**TYPE OF WORK**

Addition and/or Alteration

**APPROVED SCOPE OF WORK**

EZ PERMIT STANDARDS ALTERATIONS- For alterations to an Existing One Family Dwelling as per attached standard. Deviation from this standard will result in permit revocation and require submission of construction plans. Separate permits are required for plumbing and electrical work and the installation of heating/cooling appliances. STRUCTURAL ALTERATION OR REPAIR IS EXPRESSLY PROHIBITED UNDER THIS PERMIT. PROHIBITED STRUCTURAL WORK INCLUDES ANY MODIFICATION TO EXTERIOR WALLS, PARTY WALLS, FLOOR/ROOF FRAMING OR FOUNDATIONS; INCLUDING UNDERPINNING, EXCAVATION, AND REMOVAL OF FOUNDATION SLAB. NO WORK MAY BE PERFORMED IN THE BASEMENT OR CELLAR.

ⓘ **CONDITIONS AND LIMITATIONS:**
- Permits, including Zoning Permits not involving development, shall expire if the authorized work or Use is not commenced within, or if work is suspended or abandoned for period of, six (6) months from the date of issuance with the following exceptions:
  - 30-days or 10-days for Permits related to Unsafe or Imminently Dangerous properties respectively.
  - 3-years from Issuance or date of decision by ZBA for Zoning Permits involving development.
  - 60-days for Plumbing, Electrical or Fire Suppression Rough-in Approvals.
  - Any Permit Issued for construction or demolition is valid for no more than five (5) years.
- All provisions of the Philadelphia Code must be complied with, whether specified herein or not. This permit does NOT constitute approval of any Violation of such Code.
- The Issuance of this CO/permit does not affirm that the subject property is federally compliant with the Americans with Disabilities Act. Owner remains responsible for ensuring property complies with all local, state and federal requirements.

Page 1 of 2



**Department of**
**Licenses and Inspections**
CITY OF PHILADELPHIA

# Notice of Plumbing Permit

Permit Number PP-2023-C05215

**LOCATION OF WORK**

5226 RACE ST, Philadelphia, PA 19139-3628

| | |
|---|---|
| **PERMIT FEE** | **DATE ISSUED** |
| $63.50 | 4/18/2023 |
| **WORK AREA (SQ. FT)** | **ESTIMATED COST** |
| 600 | $3,500.00 |
| **DISTRICT** | |
| CENTRAL WEST | |

**PERMIT HOLDER**

PHILADELPHIA HOUSING AUTH

2013 RIDGE AVE OFFICE OF GENERAL COUNSEL
PHILADELPHIA PA 19121

**CONTRACTOR**

David R Smith

301 Frankford Ave Blackwood, NJ 08012 USA

**TYPE OF WORK**

Alterations

**APPROVED SCOPE OF WORK**

Plumbing Permit (Interior) for combo RP-2023-003962

**APPROVED EQUIPMENT / FIXTURES**

Kitchen Sink: 1; Lavatory: 2; Shower/Tub: 1; Water Closet/ Urinal: 2

(i) **POST A TRUE COPY OF THIS NOTICE IN A CONSPICUOUS LOCATION ON THE PREMISES**
Permits must be posted for the entire time work approved herein is performed. Zoning Permits shall be posted along each street frontage of the site for not less than (30) calendar days after the date of issuance. Failure to comply will result in the issuance of a Violation.

⚠ **TO ANONYMOUSLY REPORT UNSAFE CONDITIONS AT THIS WORK SITE, CALL 311 or 911.**

Property History
Permits, licenses, violations & appeals by address

## STANDARD
# CASE NUMBER: CF-2023-040047

**IN VIOLATION**
Applicable codes index

**L&I District: CENTRAL WEST**
**OPA Account #: 441027410**
5306 RACE ST
Philadelphia, PA 19139-2628

| Case number | CF-2023-040047 |
| --- | --- |
| Priority | STANDARD |
| Date added | May. 05, 2023 |
| Date updated | Jul. 20, 2023 |
| Resolution date | Not Available |

Violation number: VI-2023-030858 - A-402.1/4

Violation number: VI-2023-030859 - A-402.1/4

## Investigations

| Date | Case # | Status |
| --- | --- | --- |
| May. 05, 2023 | CF-2023-040047 | FAILED |
| Jun. 09, 2023 | CF-2023-040047 | FAILED |
| Jul. 20, 2023 | CF-2023-040047 | FAILED |

# City of Philadelphia | Property

5306 RACE ST
PHILADELPHIA, PA 19139-2628
Owner

**PHILADELPHIA HOUSING AUTH**

**OPA Account Number**
441027410

**Mailing Address**
Director of Policy
Office of General Counsel
2013 Ridge Ave
Philadelphia PA 19121

## Property assessment and sale information

| | |
|---|---|
| Assessed Value | $88,100 |
| Sale Date | 04/24/1974 |
| Sale Price | $17,175 |

Office of Property Assessment (OPA) was formerly part of the Board of Revision of Taxes (BRT) and some City records may still use that name. Source: Office of Property Assessment (OPA). (https://www.phila.gov/opa/pages/default.aspx)

## Valuation History (10)

Taxable and exempt land values can represent the contributory value of land in relation to the total market value, or were no structure is present, the value of vacant land. (Consistent with International Association of Assessing Officers (IAAO) standards, the value of an improved parcel is separated into the portion of value attributed to the improvement and the portion of value attributed to the land.)

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|---|---|---|---|---|---|
| 2024 | $88,100 | $0 | $0 | $17,620 | $70,480 |
| 2023 | $88,100 | $0 | $0 | $17,620 | $70,480 |
| 2022 | $58,000 | $0 | $0 | $8,612 | $49,388 |
| 2021 | $58,000 | $0 | $0 | $8,612 | $49,388 |
| 2020 | $58,000 | $0 | $0 | $8,612 | $49,388 |
| 2019 | $55,900 | $0 | $0 | $8,300 | $47,600 |
| 2018 | $51,200 | $0 | $0 | $7,680 | $43,520 |
| 2017 | $51,200 | $0 | $0 | $7,680 | $43,520 |
| 2016 | $51,200 | $0 | $0 | $5,154 | $46,046 |

## Local Details

| | |
|---|---|
| Political Divisions | Ward: 44th | Council District: 3rd ☑ (http://atlas.phila.gov/5306 RACE ST/voting) |
| School Catchment | Elementary: Universal Institute Charter School at Daroff | Middle: Universal Institute Charter School at Daroff | HS: Overbrook High | ☑ (https://webapps1.philasd.org/school_finder/) |
| Police District | 19th District ☑ (https://www.phillypolice.com/districts/19th/index.html) |
| Trash Day | Thursday ☑ (https://www.phila.gov/services/trash-recycling-city-upkeep/residential-trash-and-recycling/find-your-trash-and-recycling-collection-day/#/) |
| L&I District | CENTRAL WEST |
| Census Tract | 009300 |

You can download the property assessment dataset in bulk, and get more information about this data at metadata.phila.gov ☑ (https://metadata.phila.gov)

Note: Taxable and exempt land values can represent the contributory value of land in relation to the total market value, or were no structure is present, the value of vacant land. (Consistent with International Association of Assessing Officers (IAAO) standards, the value of an improved parcel is separated into the portion of value attributed to the improvement and the portion of value attributed to the land.)



*Monday 10an*
*11 - 1*

# Imperial Marble & Granite

10 Industrial Hwy MS-19
Airport Industrial Complex – H Complex
Lester, PA 19113
Phone: 610-521-0130 | Fax: 6105210131
Email: info@imgstone.net | Website: www.imgstone.net

Sales Rep:

## CUSTOMER SIGN OFF

Date: 10-12-23

**Name:** DSD Booker Properties LLC - Stef Booker
**Address:** Booker 5306 Race Street
**Email:** Booker_Stephanie@yahoo.com

**Phone:** 415 275-1747
**City, State, Zip:** Philadelphia, PA 19139
**Referral:** Sheldon Jarvis "Jarvis Remodel..."

| | | Pricing: |
|---|---|---|
| **Scope of Work:** Kitchen | | |
| **Backsplash:** NO | | |
| **Material:** Monet Grey Quartz | | |
| **Level:** | Quantity Ordered: 46 | Price per sq. ft. 95 |
| **Edge Selection:** 1/2" Bullnose Round | | 4370 |
| **Radius** 1" | | |
| **No. of Sink Cutouts** 1 | | |
| **Cooktop or Range** Range | | |
| **Sink(s) Selection:** Customers | | |
| **Faucet(s) Selection:** TBD | | |

**...EASE NOTICE:**

...pon approval of proposal, we require a 50% deposit to hold
...ur slab. Deposits are non-refundable after 7 days. Change
...rders must be made prior to fabrication. Price is per sq. ft.
...nal price will be determined after template. If final sq. ft after
...emplate is more or less than price given, price will be adjusted.

...y signing below, you acknowledge that you agree with these
...rms, and you approve the selections that are noted.

*Stephanie Booker*

...redit card refunds will be charged a 3% fee.

Template & Installation: —
Removal & Disposal: —
Travel Fee: —
Surcharge: —
**GRAND TOTAL:** 4370
**Deposit Received:** 2150
**Balance Due:** 2.220

*Monday 10ᵘ*
*11 - 1*

IMPERIAL MARBLE  GR
MS 1910 INDUSTRIAL HWY
PHILADELPHIA, PA 19113

10/12/2023                    11:47:36

CREDIT CARD
MC SALE

Card #
Chip Card:                XXXXXXXXXXXX6763
AID:                          Mastercard
SEQ #:                      A000000041010
Batch #:                    1
INVOICE                    68
Approval Code:          0
Entry Method:           03334M
Mode:                       Chip Read
Issuer

SALE AMOUNT          $2150.00

# Imperial Marble & Granite

10 Industrial Hwy MS-19
Airport Industrial Complex – H Complex
Lester, PA 19113
Phone: 610-521-0130 | Fax: 6105210131
Email: info@imgstone.net | Website: www.imgstone.net

## CUSTOMER SIGN OFF

Date: 10·12·23

Ies UC Booker           Phone: 415 275 - 1747
Race Street             City, State, Zip: Philadelphia, PA 19139
2-yahoo.com             Referral: Sheldon Jarvis ~Jarvis Realtor

CUSTOMER COPY          Fchen                                    Pricing:

                       NO

Material: Monet Green Quartz

Level:_____ Quantity Ordered: 46    Price per sq. ft. 95⁵    4370

Edge Selection: 1/2" Bullnose Round

Radius  1"

No. of Sink Cutouts  0

Cooktop or Range  Range

Sink(s) Selection: Customers

Faucet(s) Selection: TBD

LEASE NOTICE:

Upon approval of proposal, we require a 50% deposit to hold
our slab. Deposits are non-refundable after 7 days. Change
orders must be made prior to fabrication. Price is per sq. ft.
Final price will be determined after template. If final sq. ft after
template is more or less than price given, price will be adjusted.

By signing below, you acknowledge that you agree with these
terms, and you approve the selections that are noted.

*Stephanie Booker*

credit card refunds will be charged a 3% fee.

Template & Installation: ___
Removal & Disposal: ___
Travel Fee: ___
Surcharge: ___
GRAND TOTAL: 4370
Deposit Received: 2150
Balance Due: 2220



# Invoice

**Jarvis Complete Renovation LLC**

540 n Simpson st
Philadelphia pa 19151

Sheldon Jarvis
267-269-7402
jarvissheldon@yahoo.com

**BILL TO**

DSD Booker Properties LLC
5306 Race st
Philadelphia Pa 19151
US
stephanie@aharihomes.org,emeraldopensdoors@gmail.com
215-275-1747

| | |
|---|---|
| Invoice # | 114 |
| Date | Oct 8, 2023 |
| Due date | Oct 15, 2023 |

| Item | Quantity | Price | Amount |
|------|----------|-------|--------|
| ADDITION TO PROJECT ON 5306 RACE ST | 1 | $15,080.00 | $15,080.00 |

1.Resize/modifi Second floor and first floor interior doors

2.Remove Second floor laminate planks

3.Install 1/4 in. subfloor on the second floor

4.Install new laminate planks on the second floor[ 675 Sqft ]

5.Re-install bathroom bathtub and drain

6.Level shower walls and Install 1/2 in. cement Board

7.Replace bathroom floor with 1/2 in. Cement board

8.Adjust shower diveter and tub spout

9.Repair window seal on the second floor

10.Prime and paint entire house-walls/ceiling/doors/door casing/Baseboards

11.Completion date October 28th, 2023 has changed due to more work being added to the project. The new completion date of the project is November 10th,2023

TOTAL COST $16,286 - $4,000 additional received= $12,286

| | |
|---|---|
| Subtotal | $15,080.00 |
| Tax (8%) | $1,206.40 |
| Total | $16,286.40 |

Amount Due

## $16,286.40

By signing this document, the customer agrees to the services and conditions described in this document.

**Jarvis Complete Renovation LLC**

Oct 8, 2023

**DSD Booker Properties LLC**

Click to sign

(    /    /    )

## PERMITS:

1. Tianna Edwards confirmed that she pulled the electrical, plumbing, and building permits. I was not aware that Interior Finishes, LLC was not illegible to pull building permits.

2. I am requesting documentation regarding the following permits:

    a. HVAC – has it been closed out? If so, provide proof.
    b. Plumbing – has the permit been closed out? If not, how will the responsibility be transferred to Jarvis Renovations?
    c. Roof – I need an invoice confirming what work was done and the warrantee.
    d. Electrical – Tianna Edwards (permit holder) is willing to transfer the building permit to Jarvis Renovations.
    e. Building – Tianna Edwards (permit holder) is willing to transfer the building permit to Jarvis Renovations.

### Additional Funds Spent for Material and Labor:

| Date: | Amount | Fees Covered |
|---|---|---|
| 9/29/2023 | $1,175.70 | Materials |
| 9/27/2023 | $441.43 | Materials |
| 9/26/2023 | $1,166.14 | Materials |
| 9/26/2023 | $1,804.70 | Materials |
| 9/26/2023 | $24,073.20 | Labor |

Your request to do another walk through, is DENIED. You confirmed that you have taken pictures of all the material and work completed on September 19, 2023, as you and a minor was leaving the property. I must mention that I was alarmed when you confirmed that you have juveniles working as labors and someone that is a manager at Qdoba (George) cutting/laying the tiles in the bathroom. You agreed to replace the material damaged by your workers and that is what I am expecting.

In Regards,

*Stephanie Booker*

Stephanie Booker
DSD Booker Properties, LLC
Owner





4. Install baseboard/Quarter round Molding and door casing throughout the house. – This task was paid to be completed.

5. Caulk and seal two windows on the first floor – This task were paid to be completed. Not properly installed.

6. Caulk and seal two windows in the master bedroom. – This task was paid to be completed. Not properly installed.

7. Seal crack on wall in the back of the house.

8. Fastening second floor railing. This task was paid to be completed. Not installed

9. Re-install front exterior door – This task was paid to be completed. Not properly installed.

10. Sand and paint staircase. This task was paid to be completed and was never done.

11. Touch up walls and ceiling throughout the house. – This task was paid to be completed. The job was unprofessional, paint was dropped on my new floors, and black paint was on the walls from your painter be careless.

12. Cement floor opening to the front of the basement. This task was paid to be completed; completion was confirmed by Tawanna Sydnor. The hole was never sealed.

13. Repair Laminate flooring throughout the second floor /Re-install part of the flooring to connect the bedroom entryway. This task was paid to be completed and the flooring was not properly installed. Eight boxes of floor should be replaced by **Monday, October 2, 2023**, per Syd.

14. Install tile in the powder room floor / Install toilet / Install light fixture/ Install vanity and faucet / Mirror/ bathroom fixtures. – These tasks were paid for; however, they were never completed.

15. Install tiles in the second-floor bathroom shower walls/Floor/ Waterproof shower walls / Install toilet / Install vanity and faucet / Install bathroom fixtures / Install shower rod. These tasks were paid for; however, they were never completed.

16. Install kitchen wall / Base cabinets / Install kitchen sink and faucet / Install backsplash/ Install dishwasher/Install gas range / Refrigerator. – These tasks were paid to completed. Five kitchen cabinets were destroyed, cabinets were not properly installed, the floor wasn't leveled.

17. Skim coat the front porch with cement and re-paint the porch.

18. Repair outside window on third bedroom. – This was paid to be repaired. The outside caping was just painted and not repaired.

19. Work site will be free of debris daily or removed from the premises weekly as requested.

**Electrical**
- Install new service wires
- Install new panel and breakers
- Install a new meter
- Install new wiring throughout the entire property
- Install Ring doorbell cameras (hardwired)

**Fire Blocking**
- Install fire blocking as per local regulations and requirements and per the L&I inspector

**Insulation**
- Insulate all walls and roof per building requirements

**Drywall**
- Install ½" drywall throughout property as required
- Install moisture resistant drywall in wet rooms such as bathrooms
- Tape, finish, and sand drywall

**Painting**
- Paint all walls, ceilings, trim with paint colors specified by owner 2 coats (Eggshell)

**Flooring**
- Install laminate flooring throughout
- Install tile floor in bathrooms & in Kitchen Cabinets & Finishes
- Install cabinets according to client's specifications
- Install countertops
- Install backsplash in kitchen
- Install bathroom and kitchen finishes as per client's specifications
- Install interior doors Basement
- Clean and parge walls as needed
- All floors had to be repaired or replaced throughout the house due to poor installation or paint damaged.

*Jarvis Renovations will complete the following work and correct Interior Finishes by Syndor, LLC's faulty craftsmanship.*

**Building Repairs for Substandard Work by Interior Finishes by Syndor, LLC:**

1. Install (7) interior doors and locks / Install (4) closet doors. – This task was paid to be completed.

2. Scrape and Compound bottom of the wall for baseboard Installation. – Sheetrock not properly installed.

3. Repair holes in the wall/ceiling throughout the house.  This task was paid to be completed.













## List of things that needed to be done to complete the project at 5306 Race Street, Phila., PA 19139

1. Install all interior doors and locks

2. Frame all closet opening and Install closet doors

3. Install baseboard and door casing

4. Re-install all windows

5. Repair holes on the walls and ceiling throughout the house

6. Paint the entire house

7. Install GFCI outlets in the basement and front / back of the house

8. Replace porch post metal columns

9. Paint front porch flooring and steps

10. Renovate the powder room

11. Renovate second floor bathroom

12. Install new subfloor on the second floor

13. Install new laminate planks

14. Install grounded bar and ground wire 6ft from panel box

15. Repair drain line leak from the powder room

16. Re-route water line and drain line for the kitchen sink

17. Install 3 new outlets for the kitchen

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:      jarvissheldon@yahoo.com

Created:    21:09 24/10/23
Location:  Other reports
Title:       10/24/23 9:06 PM - Report



**Description:** Shower wall is not level or Waterproof

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:      jarvissheldon@yahoo.com

Created:    21:20 24/10/23
Location:  Other reports
Title:       10/24/23 9:06 PM - Report



**Description:** Drywall remove from wall to level and square

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:       jarvissheldon@yahoo.com

Created:    21:21 24/10/23
Location:   Other reports
Title:        10/24/23 9:06 PM - Report



**Description:** 1/2 in. Cement board install on the shower wall

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:       jarvissheldon@yahoo.com

Created:    21:23 24/10/23
Location:   Other reports
Title:        10/24/23 9:06 PM - Report



**Description:** All windows sill rotted throughout the house.

Contact:    Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:       2672697402
Email:        jarvissheldon@yahoo.com

Created:    21:24 24/10/23
Location:   Other reports
Title:         10/24/23 9:06 PM - Report



**Description:** New window sill install

Contact:    Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:       2672697402
Email:        jarvissheldon@yahoo.com

Created:    21:28 24/10/23
Location:   Other reports
Title:         10/24/23 9:06 PM - Report



**Description:** Second floor flooring is not level. It requires a new subfloor for laminate plank install

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:      jarvissheldon@yahoo.com

Created:    21:32 24/10/23
Location:  Other reports
Title:        10/24/23 9:06 PM - Report



**Description:** New subfloor installation

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:     2672697402
Email:      jarvissheldon@yahoo.com

Created:  21:32 24/10/23
Location: Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** New laminate planks Install

Contact:  Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  21:37 24/10/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** New laminate planks install

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   21:37 24/10/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** Shower wall waterproof for tile install

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:       2672697402
Email:       jarvissheldon@yahoo.com

Created:    21:37 24/10/23
Location:  Other reports
Title:        10/24/23 9:06 PM - Report



**Description:** Shower tile

Contact:   Sheldon Jarvis
Company:   Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   21:37 24/10/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** The windows was not installed correctly. Needs to be Caulk / seal on the outside of the window

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:        jarvissheldon@yahoo.com

Created:    21:37 24/10/23
Location:   Other reports
Title:        10/24/23 9:06 PM - Report



**Description:** All windows throughout the house was not installed correctly or seal

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:       jarvissheldon@yahoo.com,

Created:  21:37 24/10/23
Location: Other reports
Title:      10/24/23 9:06 PM - Report



**Description:** Second floor original flooring after removing laminate planks.

Contact:  Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  21:37 24/10/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** New subfloor Install

Contact:    Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:     2672697402
Email:      jarvissheldon@yahoo.com

Created:   21:37 24/10/23
Location: Other reports
Title:      10/24/23 9:06 PM - Report



**Description:** Bathtub was install with two drywall screws. The 1×3 needs to be under the lip of the tub for support.

Contact:   Sheldon Jarvis
Company:   Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   21:37 24/10/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** The bathtub was not installed correctly. Needs to be level and supported to the back wall

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:       jarvissheldon@yahoo.com

Created:  21:37 24/10/23
Location:  Other reports
Title:        10/24/23 9:06 PM - Report



**Description:** Shower diveter and tub spout has to be corrected to the right height

Contact:  Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  21:37 24/10/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** New laminate flooring Install

Contact:    Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:      2672697402
Email:      jarvissheldon@yahoo.com

Created:    21:37 24/10/23
Location:  Other reports
Title:        10/24/23 9:06 PM - Report



**Description:** 1/2 inch cement board needs to be Install for the tile installation

Contact:  Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  21:37 24/10/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** Bathroom wall and floor tiles Install

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:     2672697402
Email:      jarvissheldon@yahoo.com

Created:   22:49 24/10/23
Location:  Other reports
Title:       10/24/23 9:06 PM - Report



**Description:** Previous kitchen layout was not done correctly. Wall outlets have to be 4ft from each other

Contact:  Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  22:52 24/10/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** New kitchen layout-sink area

Contact:     Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:      2672697402
Email:       jarvissheldon@yahoo.com

Created:   22:52 24/10/23
Location: Other reports
Title:       10/24/23 9:06 PM - Report



**Description:** New layout for the kitchen

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  22:52 24/10/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** Flooring needs new subfloor

Contact:    Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:      2672697402
Email:       jarvissheldon@yahoo.com

Created:   22:52 24/10/23
Location:  Other reports
Title:       10/24/23 9:06 PM - Report



**Description:** Staircase needs to be sand and painted

Contact:   Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:   22:52 24/10/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** Entryway door to be adjusted. The door was not level or squared

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   22:52 24/10/23
Location: Other reports
Title:       10/24/23 9:06 PM - Report



**Description:** Entryway door remove

Contact:   Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:   22:52 24/10/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** Entryway adjusted to install exterior door

Contact:  Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  22:29 26/10/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** Water supply line for the front of the house. Needs to be corrected and supported to the wall or ceiling

Contact:   Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:     2672697402
Email:      jarvissheldon@yahoo.com

Created:   22:29 26/10/23
Location:  Other reports
Title:       10/24/23 9:06 PM - Report



**Description:** The crack on this side of the wall needs to be repair also

Contact:   Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:  22:29 26/10/23
Location:  Other reports
Title:      10/24/23 9:06 PM - Report



**Description:** This is the back of the house brick wall. Needs to be repair with a concrete Caulk

Contact:   Sheldon Jarvis
Company:   Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:   22:29 26/10/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** Basement staircase

Contact:  Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:   22:29 26/10/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** Basement staircase wall needs to be repaired and paint

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   23:36 12/11/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** Powder room before and after / Tiles Install,wainscoting Install around the walls/ Toilet,sink and mirror Install

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   23:36 12/11/23
Location: Other reports
Title:      10/24/23 9:06 PM - Report



**Description:** Entryway door Install

Contact:   Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   23:36 12/11/23
Location:  Other reports
Title:      10/24/23 9:06 PM - Report



**Description:** Windows sill before and after

Contact:   Sheldon Jarvis
Company:  Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  23:36 12/11/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** Basement staircase needs railing Install/ the walls needs to be painted

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   23:36 12/11/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** New subfloor Install  / new laminate planks Install

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  23:36 12/11/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** Tile install / bathroom completion

Contact:    Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:    23:36 12/11/23
Location:  Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** Shower wall correction / level and square  / Cement board Install and Waterproof

Contact:   Sheldon Jarvis
Company:   Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:    23:36 12/11/23
Location:   Other reports
Title:      10/24/23 9:06 PM - Report



**Description:** Previous Install / new Install

Contact:  Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:   23:36 12/11/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



Description: 3rd bedroom bay window repair

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   23:36 12/11/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** Hallway railing painted and Install

Contact:    Sheldon Jarvis
Company:    Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:    23:36 12/11/23
Location:    Other reports
Title:
10/24/23 9:06 PM - Report



**Description:** Previous laminate Install over original flooring

Contact: Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone: 2672697402
Email: jarvissheldon@yahoo.com

Created: 23:36 12/11/23
Location: Other reports
Title: 10/24/23 9:06 PM - Report



**Description:** GFCI outlet and waterproof box with cover Install

Contact:   Sheldon Jarvis
Company:   Jarvis Complete Renovation
Phone:     2672697402
Email:     jarvissheldon@yahoo.com

Created:   23:36 12/11/23
Location:  Other reports
Title:     10/24/23 9:06 PM - Report



**Description:** Back of the house light Install

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:  23:36 12/11/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** The stack pipe had a leak

Contact:   Sheldon Jarvis
Company: Jarvis Complete Renovation
Phone:    2672697402
Email:    jarvissheldon@yahoo.com

Created:   23:36 12/11/23
Location: Other reports
Title:    10/24/23 9:06 PM - Report



**Description:** The hole around the pipe was seal with cement